IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HELENE AKONJI**<br>9737 Mt. Pisgah Road<br>Silver Spring, MD 20903<br><br>   **Plaintiff,**<br><br> v.<br><br>**UNITY HEALTH CARE, INC.**<br>3020 14th Street, NW<br>Washington, D.C. 20009<br><br>   **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil No.<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE TO PLAINTIFF OF REMOVAL**

TO: Plaintiff Helene Akonji
   c/o Bryan A. Chapman, Esq.
   Law Office of Bryan A. Chapman
   601 Pennsylvania Avenue, NW, Suite 900
   Washington, D.C. 20004

  PLEASE TAKE NOTICE that on October 26, 2005, a Notice of Removal of the above-entitled action from the Superior Court for the District of Columbia to the United States District Court for the District of Columbia, a copy of which Notice of Removal is served herewith, was filed in the United States District Court for the District of Columbia.

            Respectfully submitted,

            Hahn Kyle & Hollrah, LLP


            Benjamin W. Hahn, Esq.
            Bar No. 446270
            10440 Little Patuxent Pkwy 900
            202-659-0865
            fax 410-884-4001
            bhahn@hkhllp.com
            Attorneys for Defendant

October 26, 2005

## CERTIFICATE OF SERVICE

I CERTIFY that on October 26, 2005, a copy of the foregoing Petition for Removal, with accompanying exhibits, was served by first class United States mail on Bryan A. Chapman, Law Office of Brian A. Chapman, 601 Pennsylvania Avenue, NW, Suite 900, Washington, D.C. 20004

_____
Benjamin W. Hahn