**IN THE SUPERIOR CIRCUIT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **HELENE AKONJI**<br>**9737 Mt. Pisgah Road**<br>**Silver Spring, MD 20903**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNITY HEALTH CARE, INC.**<br>**3020 14th Street, NW**<br>**Washington, D.C. 20009**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Civil No. 05CA001222** |

**NOTICE OF REMOVAL OF ACTION TO**
**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**TO THE HONORABLE JUDGES OF THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA:**

Pursuant to the 28 U.S.C. §§ 1441 and 1446, Defendant UNITY HEALTH CARE, INC., by the undersigned counsel, hereby notifies the Court that on October 26, 2005, a Notice of Removal of this action was filed with the United States District Court for the District of Columbia.

Pursuant to the requirements of 28 U.S.C. § 1446(d), Defendant has attached hereto a copy of the Notice that has been filed with the United States District Court. The filing of a copy of the Notice with this Court effects the removal of the action under the terms of the aforementioned provision of the United States Code.

Respectfully submitted,

Hahn Kyle & Hollrah, LLP

Benjamin W. Hahn, Esq.
Bar No. 446270
10440 Little Patuxent Pkwy 900
202-659-0865
fax 410-884-4001
bhahn@hkhllp.com
Attorneys for Defendant

October 26, 2005

**CERTIFICATE OF SERVICE**

I CERTIFY that on October 26, 2005, a copy of the foregoing Notice of Removal of Action was served by first class United States mail on Bryan A. Chapman, Law Office of Brian A. Chapman, 601 Pennsylvania Avenue, NW, Suite 900, Washington, D.C. 20004

________________________
Benjamin W. Hahn