# Superior Court of the District of Columbia

RECD OCT 06 2005

## CIVIL DIVISION

### PRAECIPE

☒ CIVIL ACTION JM-170  
☐ LANDLORD AND TENANT JM-255  
☐ SMALL CLAIMS JM

The __30th__ Day of __September__, 20 __05__

HELENE AKONJI  
*Plaintiff*

vs.

UNITY HEALTHCARE  
*Defendant*

Case Number: 05CA001222

RECEIVED  
Civil Clerk's Office  
SEP 30 2005  
Superior Court of the  
District of Columbia  
Washington

The Clerk of said Court will record the appearance of Bryan A. Chapman D.C. Bar #439184 on behalf of the Plaintiff, Helene Akonji.

| Attorney for Defendant | Attorney for Plaintiff |
|---|---|
|  | Bryan A. Chapman |
| Address | Address |
|  | 601 Pennsylvania Avenue, N.W., Ste. 900 |
|  | Washington, D.C. 20004 |
| Phone No.      Bar No. | Phone No.      Bar No. |
|  | 202 434 8240      439184 |

Form CV-358/Jul. 00

CA Form 1   REC'D OCT 0 6 2005

# Superior Court of the District of Columbia
## CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

HELENE AKONJI

*Plaintiff*

vs.   Civil Action No. 05CA001222

UNITY HEALTHCARE

*Defendant*

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Clerk of the Court

Bryan A. Chapman
Name of Plaintiff's Attorney

601 Pennsylvania Avenue, N.W.
Address Ste. 900, Washington, D.C. 20004

By _____ Deputy Clerk

05 2101

202 434 8240   Date September 30, 2005
Telephone

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

FILED
OCT 2 7 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.