

**ATTORNEYS AT LAW**

2001 PENNSYLVANIA AVENUE, NW   SUITE 300
WASHINGTON, DC 20006-1825
202.419.4200   FAX 202.419.3454   schnader.com

BENJAMIN W. HAHN
(202) 419-4242

November 3, 2005

US District Court for the District of Columbia
Clerk of the Court
333 Constitution Ave., NW
Washington, DC 20001

**Re:** New Law Firm, Address, and Contact Information for Benjamin W. Hahn

Please be advised that my new firm, office address, telephone and email information is as follows:

Benjamin W. Hahn, Esq.

Bar No. 446270

Schnader Harrison Segal & Lewis LLP

2001 Pennsylvania Avenue, NW, Suite 300

Washington, DC 20006-1825

Phone: 202-419-4242

Fax: 202-419-3454

Email: bhahn@schnader.com

Thank you for your attention to implementing these changes in the Court's ECF records.

Sincerely,

Benjamin W. Hahn
SCHNADER HARRISON SEGAL & LEWIS LLP

BWH:cm