CO-386-online
10/03

# United States District Court
# For the District of Columbia

HELENE AKONJI )
)
)
)
vs    Plaintiff )   Civil Action No. 1:05-cv-02101-JDB
)
UNITY HEALTH CARE, INC. )
)
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Defendant__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Unity Health Care, Inc.__ which have any outstanding securities in the hands of the public:

NONE

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

446270
BAR IDENTIFICATION NO.

Benjamin W. Hahn
Print Name

2001 Pennsylvania Ave., NW, Suite 300
Address

Washington     DC     20006-1825
City           State  Zip Code

202-419-4242
Phone Number