**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **HELENE AKONJI,**<br><br>  **Plaintiff,**<br><br>   v.<br><br>**UNITY HEALTH CARE, INC.,**<br><br>  **Defendant.** | Civil Action No.  05-2101 (JDB) |

**ORDER FOR INITIAL SCHEDULING CONFERENCE**

    It is hereby **ORDERED** that the initial scheduling conference in this matter is set for December 13, 2005, at 9 a.m.  Counsel who attend the scheduling conference must be sufficiently familiar with the case to answer any questions that arise.  Parties are welcome to attend.

    Counsel shall confer in accordance with Rule 16.3(a) of the Local Civil Rules and Fed. R. Civ. P. 26(f), and shall submit their Joint Rule 16.3 Report addressing the topics listed in Local Civil Rule 16.3(c) no later than 14 days following their conference (please see Local Civil Rule 16.3(d)), and in no event less than three business days before the initial scheduling conference. Counsel may also include in their Joint Rule 16.3 Report a brief statement of the case and any statutory basis for all causes of action and defenses.

Written communication with the Court is to be by motion, opposition, and reply, rather than letter. See Local Civil Rule 5.1(b). The parties are directed to the requirements of Local Civil Rule 7.1(c) regarding the submission of proposed orders with all motions and oppositions and to the requirements of Local Civil Rule 7.1(m) regarding the duty to confer on all nondispositive motions (including those for enlargements of time).

    /s/    John D. Bates
JOHN D. BATES
United States District Judge

Dated:   November 14, 2005

Copies to:

Bryan A. Chapman
601 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004
(202)434-8240
Email: bchapman@baclaw.com
   *Counsel for plaintiff*

Benjamin Winfield Hahn
SCHNADER HARRISON SEGAL & LEWIS LLP
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006-1825
(202) 419-4242
Fax: (202) 419-3454
Email: bhahn@hkhllp.com
   *Counsel for defendant*