UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HELENE AKONJI,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITY HEALTHCARE, INC.,**<br><br>Defendant. | Civil Action No.  05-2101 (JDB) |

**ORDER REFERRING CASE TO COURT-APPOINTED MEDIATOR AND SETTING SCHEDULE IF MEDIATION ATTEMPTS ARE ULTIMATELY UNSUCCESSFUL**

Pursuant to the Initial Scheduling Conference held before the Court on December 13, 2005, and based upon the agreement of the parties, the Joint Rule 16.3 Report, and the entire record herein, it is this 14th day of December, 2005, hereby

**ORDERED** that this case is **REFERRED** to **MEDIATION,** to commence on December 15, 2005 and to conclude on February 27, 2006.  In accordance with Local Civil Rule 84.8, counsel and the parties, including persons with settlement authority, are directed to attend the mediation sessions.  The Clerk of the Court shall furnish a copy of this Order to the Circuit Executive's Office for purposes of arranging mediation and assigning a mediator.  The parties

shall promptly notify the Court if the case settles in whole or in part; it is further

**ORDERED** that, if mediation attempts are unsuccessful, then the case shall proceed according to the schedule set forth in the parties' Joint Rule 16.3 Report and confirmed below; it is further

**ORDERED** that joinder of parties and amendment of pleadings shall be completed by not later than January 13, 2006; it is further

**ORDERED** that the parties shall submit a Status Report to the Court by not later than February 28, 2006, informing the Court of the results of the mediation process; it is further

**ORDERED** that discovery shall be completed by not later than June 30, 2006; it is further

**ORDERED** that initial disclosures shall be made pursuant to Fed. R. Civ. P. 26(a)(1) following the close of mediation; it is further

**ORDERED** that expert witness disclosures and depositions shall proceed as detailed in Fed. R. Civ. P. 26(a)(2); it is further

**ORDERED** that summary judgment motions shall be filed by not later than July 21, 2006, with oppositions due by not later than August 4, 2006.  Any replies shall be filed by not later than August 25, 2006; and it is further

**ORDERED** that the parties shall appear for a Status Conference on July 7, 2006 at 9:00 a.m.

                                                                    /s/   John D. Bates
                                                                       JOHN D. BATES
                                                     United States District Judge

Copies to:

Bryan A. Chapman
601 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004
(202)434-8240
Email: bchapman@baclaw.com
    *Counsel for plaintiff*

Benjamin Winfield Hahn
SCHNADER HARRISON SEGAL & LEWIS LLP
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006-1825
(202) 419-4242
Fax: (202) 419-3454
Email: bhahn@hkhllp.com
    *Counsel for defendant*