IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HELENE AKONJI ) | |
| ) | |
| v. ) | Civil Action No. 05-2101 (JDB) |
| ) | |
| UNITY HEALTHCARE, INC., ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

Plaintiff Helene Akonji and Defendant Unity Health Care, Inc., through their respective counsel of record, in compliance with this Court's Order dated March 1, 2006, submit this Report and advise the Court as follows:

1. Counsel and the court appointed mediator met at the United States Courthouse on February 8, 2005 for a mediation session.

2. As a result of that session, additional information has been exchanged informally through the mediator.

3. The parties have not achieved a resolution of the dispute, although settlement discussions, including proposals and counterproposals, are being exchanged directly through counsel.

4. Settlement either through the court-appointed mediator or through direct negotiations may still be achievable. Nevertheless, the parties have concluded that it would be constructive for discovery to commence.

5. The parties request that the court extend mediation, which closed on February 27, 2006.

Dated: March 3, 2006

Respectfully submitted,

HELENE AKONJI, Plaintiff
By Counsel

_____
Bryan A. Chapman, Esq.
LAW OFFICE OF BRYAN A. CHAPMAN
601 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20004
(202) 434-8240
Email: bchapman@baclaw.com

UNITY HEALTHCARE, INC., Defendant
By Counsel

SCHNADER HARRISON SEGAL & LEWIS LLP

By: _____
    Benjamin W. Hahn (U.S.D.C. DC Bar No.1405)
    2001 Pennsylvania Ave., NW, Suite 300
    Washington, DC 20006-1825
    Telephone: (202) 419-4242

    Email: bhahn@schnader.com