IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HELENE AKONJI )<br>)<br>v. )<br>)<br>UNITY HEALTHCARE, INC., )<br>)<br>Defendant. ) | Civil Action No. 1:05-cv-02101-JDB |

## JOINT STATUS REPORT

Plaintiff Helene Akonji and Defendant Unity Health Care, Inc., through their respective counsel of record, in accordance with the Court's minute order of March 3, 2006, submit this Joint Status Report and advise the Court as follows:

1. Status of Settlement Discussions

The parties' counsel have had three extended telephonic discussions regarding settlement, and it does not appear that the case is susceptible to settlement prior to discovery taking place. Therefore, the parties intend to proceed with discovery using the schedule submitted in the original Joint Rule 16.3 Report. For the convenience of the Court, the relevant dates for purposes of this Status Report appear below.

2. Summary Judgment: Defendant still anticipates filing a motion for summary judgment if the case cannot be settled. A proposed schedule for summary judgment motion proceedings is as follows:

      a. Filing of Motion: July 21, 2006

      b. Filing of Opposition: August 4, 2006

      c. Filing of Reply: August 25, 2006

      d.    Decision by Court:    September 25, 2006

   3.    Initial Disclosures:    The parties are prepared to make their respective initial disclosures by April 10, 2006.

   4.    Discovery:    The parties are prepared to complete discovery by June 30, 2006.

   5.    Pretrial Conference Date:    November 13, 2006.

   6.    Trial Date:    To be set at pretrial conference.

   7.    Other Matters:  None at this time.

Dated: April 3, 2006

Respectfully submitted,

HELENE AKONJI, Plaintiff
By Counsel

*/s/ Bryan A. Chapman*

Bryan A. Chapman, Esq.
LAW OFFICE OF BRYAN A. CHAPMAN
601 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20004
(202) 434-8240
Email: bchapman@baclaw.com

UNITY HEALTHCARE, INC., Defendant
By Counsel

SCHNADER HARRISON SEGAL & LEWIS LLP

By: *Benjamin W. Hahn* -BAC
Benjamin W. Hahn (Bar No. 446270)
   2001 Pennsylvania Ave., NW, Suite 300
   Washington, DC 20006-1825
   Telephone: (202) 419-4242

   Email: bhahn@schnader.com