UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HELENE AKONJI**<br><br>Plaintiff,<br><br>v.<br><br>**UNITY HEALTH CARE, INC.,**<br><br>Defendant. | Civil Action No. 05-2101 (JDB) |

**ORDER**

Pursuant to the status conference held on this date, and upon consideration of the representations of counsel, the agreement of the parties, and the entire record herein, it is this 15th day of September, 2006, hereby

**ORDERED** that this matter shall be referred to Magistrate Judge Alan Kay for the sole purpose of the facilitation of settlement discussions for a period to begin on September 15, 2006 and to conclude by not later than November 14, 2006; and it is further

**ORDERED** that the schedule for dispositive motions set forth in this Court's order of July 11, 2006 remains in effect.

/s/ John D. Bates
JOHN D. BATES
United States District Judge