**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HELENE AKONJI )<br><br>Plaintiff )<br><br>v. )<br><br>UNITY HEALTH CARE, INC. )<br><br>Defendant ) | Civil Action No. 05-cv-2101-JDB |

List of Exhibits

1.    Affidavit of Aaronissa Alleyne, Chief of Human Resources, Unity Health Care, Inc.

2.    Notice of Charge of Discrimination, EEOC Charge No. 100-2004-00484

3.    Offer of Employment and Statement of Terms

4.    Staff Pharmacist Duties and Responsibilities

5.    Record of Annual Salary Increase

6.    Edward Ayanbiola's Complaint about Helene Akonji

7.    Memorandum Regarding Helene Akonji's Absenteeism and Tardiness

8.    Memorandum of Direction about Helene Akonji's Absenteeism and Tardiness

9.    Libbie Buchele's E-mails Citing Helene Akonji's Dangerous Behavior

10.    Memorandum Regarding Missing Control Drugs and Mistakes

11.    Memorandum Detailing Missing Control Drug Incident and Action Taken

12.    Written Reprimand of Helene Akonji

13.    Helene Akonji's 2002 and 2003 Complaints to Human Resources

14.    Helene Akonji's 2004 Complaint to Human Resources

15.    Human Resource's Follow-up Letter to Complaints

16.    Letter of Termination

17.    Excerpt from Helene Akonji's Deposition

18.    Helene Akonji's Acknowledgment of Unity's Policies and Procedures