EEOC FORM 131 (5/01)

## U. S. Equal Employment Opportunity Commission

| | |
|---|---|
| Ms. Barbara A. Hendricks<br>Human Resources Director<br>UNITY HEALTH CARE, INC<br>3020 14th St., N.W.<br>Suite 401<br>Washington, DC 20009 | **PERSON FILING CHARGE**<br><br>Helene A. Akonji<br><br>THIS PERSON (check one or both)<br>[X] Claims To Be Aggrieved<br>[ ] Is Filing on Behalf of Other(s)<br><br>**EEOC CHARGE NO.**<br>100-2004-00484 |

### NOTICE OF CHARGE OF DISCRIMINATION
(See the enclosed for additional information)

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act          [ ] The Americans with Disabilities Act

[ ] The Age Discrimination in Employment Act   [ ] The Equal Pay Act

The boxes checked below apply to our handling of this charge.

1. [ ] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [X] Please provide by **12-MAY-04** a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by _____ to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [ ] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by ___ to ___
If you **DO NOT** wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

Janice B. Campbell,
Enforcement Supervisor
*EEOC Representative*

Telephone **(202) 275-7377**

Washington Field Office
1400 L Street, NW
Suite 200
Washington, DC 20005

Enclosure(s): [X] Copy of Charge

**CIRCUMSTANCES OF ALLEGED DISCRIMINATION**
[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN  [ ] AGE  [ ] DISABILITY  [X] RETALIATION  [ ] OTHER

See enclosed copy of charge of discrimination.

| Date | Name / Title of Authorized Official<br>Dana Hutter | Signature |
|---|---|---|

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>100-2004-00484 |
|---|---|---|

D.C. Office Of Human Rights _____ and EEOC
State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.)<br>**Ms. Helene A. Akonji** | Home Phone No. (Incl Area Code)<br>**(301) 439-4168** | Date of Birth<br>**11-16-1966** |
|---|---|---|
| Street Address                City, State and ZIP Code<br>**9737 Mount Pisgah Road, #1410, Silver Spring, MD 20903** | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>**UNITY HEALTHCARE** | No. Employees, Members<br>**201 - 500** | Phone No. (Include Area Code)<br>**(202) 354-1120** |
|---|---|---|
| Street Address                City, State and ZIP Code<br>**@ Walker Jones Clinic, 1100 First Street, N.W., Washington, DC 20001** | | |

| DISCRIMINATION BASED ON (Check appropriate box(es).)<br>☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below) | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest: **02-06-2002**   Latest: **02-06-2004**<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with Unity Healthcare on 2/6/02. My position was Pharmacist. My supervisor was Roderick Nwokorie, Director of Pharmacy Services.

Throughout my employment with Unity Healthcare, Mr. Nwokorie sexually harassed me which created a hostile working environment. I continuously rejected his advances and I reported the situation twice but the harassment did not cease.

I was also subjected to retaliation for denying his advances and for reporting the discrimination. Some of the retaliatory actions include being moved repeatedly from one Unity Healthcare site to another; receiving written disciplinary actions; being put on probation; receiving unfavorable evaluations; denied leave; and finally being terminated.

I believe that I have been discriminated against due to my gender, female, and subjected to retaliation, which is in violation of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate...

NOTARY – When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

Apr 09, 2004
Date — Charging Party Signature

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)