# Unity Health Care, Inc

# Staff Pharmacist

**General Statement**

The Staff Pharmacist performs a wide range of duties including the dispensing of prescribed medications, patient teaching, and a resource to the providers, site management, and technical and operational support duties in an outpatient pharmacy setting under the supervision of the Director of Pharmacy Services at Unity Health Care, Inc.

**Duties and Responsibilities**

1. Greets patients and advises them of procedure and anticipated availability of medications.
2. Assures accuracy of prescription through prescription review relative to drugs and dosages as well as formulary compliance
3. Follows all federal and district laws regarding the dispensing of medications
4. Knows and applies the regulations relative to controlled substances.
5. Provides patient education relative to use, side effects, drug interactions, and other relevant information regarding medications.
6. Completes or oversees all computer required input
7. Refers all patients not on Alliance to the Alliance representative for application.
8. Oversees and directs the duties of the Pharmacy Technicians.
9. Participates in Quality Improvement activities
10. Maintains or oversees the maintenance of all required logs and records.
11. Uses policy and procedure and technical support measures to confirm patient and provider eligibility for services.
12. Communicates with providers regarding questions about proscriptions.
13. Assures the ordering of adequate medication and other support materials to assure efficient and safe operations of the service.
14. Maintains records as directed per policy and procedure of pharmacy operations.
15. Oversees stock rotation and outdate check procedures and assures quality control measures are followed
16. Assures the security of the pharmacy
17. Follows infection control measures and procedures.
18. Receives phone calls and responds to all calls in a professional and courteous manner.
19. Participates in the training and orientation of all on site pharmacy staff
20. Insure emergency drug supplies are current and available at the site.
21. Distributes and monitors approved floor stock at site
22. Follows all operational policies and procedures of the pharmacy
23. Maintains patient confidentiality

A:\Staff Pharmacist job description.doc

24. Maintains a cleans and safe work environment
25. Other duties as directed

### Qualifications

Licensed Pharmacist in the District of Columbia.
Has computer and typing skills
Able to work with a minimum of supervision and under pressure.
Demonstrates leadership and decision making skills
Good attendance record
Ability to communicate effectively both orally and in writing
Second language skills a plus

### Supervisory Controls

The Staff Pharmacy functions under the supervision of the Director of Pharmacy Services for Unity Health Care, Inc. and to the Health Center Manager at which the pharmacist is assigned.

### Guidelines

All operations of the pharmacy are under the direction of Federal and District of Columbia laws and regulations. Operating policies and procedures are established by Unity Health Care and are in compliance to federal and district requirements. CDC guidelines for all Infection Control issues are followed.

### Personal Contacts

The Staff Pharmacist works in a polite and professional manner with all staff, patients and contacts external to the health center and pharmacy.

### Physical Demands

The work demands continuous standing with frequent bending, stooping, and lifting. Lifting expectations may exceed 40 pounds

### Other Significant factors

Hours may include some evenings and Saturday hours. Generally assignments are to a single site, however due to volume and staffing needs some positions are routinely more than one site. Unity may change assigned site temporarily or permanently depending on overall need.

Rev 11/02
    SR


A:\Staff Pharmacist job description.doc