# Memo

To:      Antione Smith, Dir. HR
From:    Vincent A. Keane, CEO
Date:    November 5, 2002
Subject: Staff Salaries

Antione, please ~~[redacted]~~

~~[redacted]~~ will ~~[redacted]~~ to Unity.

~~[redacted]~~

※ Another area that I am requesting that you begin to process pay increases is in the area of Pharmacy. Retroactive to October 28, 2002 please increase all Staff Pharmacists salaries to $78,000.00. I believe in general this is an increase from $75,000.00. In addition please process a pay increase ~~[redacted]~~

~~[redacted]~~

Thank you for your attention to these matters.

cc: Dr. Janelle Goetcheus
    Michelle Madison
    Personnel Files ✓



# PERSONNEL ACTION FORM

| 1. S.S.N. | 2. NAME: LAST  FIRST  M.I. | 3. SIRNAME | 4. D.O.B. |
|---|---|---|---|
|  | Akonji, Helene |  |  |

| 5. NATURE OF ACTION | 6. DATE OF ACTION NOTICE | 7. EFFECTIVE DATE |
|---|---|---|
| Salary Adjustment | 11/4/02 | 10/28/02 |

| 8. ADDRESS  STREET |
|---|
|  |

| CITY | STATE | ZIP |
|---|---|---|
|  |  |  |

| 9. POSITION CATEGORY (FT, PT, TEMP., SUB.) | 10. HOURS PER WEEK | 11. NTE DATE | 12. EMPLOYMENT DATE |
|---|---|---|---|
|  |  |  |  |

| 13. LIFE INSURANCE/AD & D | 14. HEALTH INSURANCE (TYPE AND COVERAGE) | 15. HEALTH INSUR. COST PER P.P. |
|---|---|---|
|  |  |  |

| 16. EMPLOYER CONTRIB. TO RETIRE (Y/N) | 17. EMPLOYEE CONTRIB. TO RETIREMENT (Y/N) | 18. RETIREMENT COST PER P.P. |
|---|---|---|
|  |  |  |

| 19. FROM: POSITION TITLE, LOCATION AND NUMBER | 20. PAY PLAN | 21. PAY RATE | 22. SUPERVISOR |
|---|---|---|---|
|  |  | $ 75,000 |  |

| 23. TO: POSITION TITLE, LOCATION AND NUMBER | 24. PAY PLAN | 25. PAY RATE | 26. SUPERVISOR |
|---|---|---|---|
|  |  | $ 78,000 |  |

| 27. FUNDING SOURCE INFORMATION | 28. TERMINATION CODE |
|---|---|
|  | 1 RESIGN    5 DECEASED<br>2 RETIRE    6 TERMINATED<br>3 TRANSFER  7 VOLUNTARY SEPARATION<br>4 MILITARY  8 INVOLUNTARY SEPARATION |

▶ SUBJECT TO COMPLETION OF ___ MONTH PROBATIONARY PERIOD BEGINNING_____.

REMARKS:

| 44. EMPLOYEE (SIGNATURE) | DATE | 45 HUMAN RESOURCES DEPARTMENT (SIGNATURE) | DATE |
|---|---|---|---|
|  |  | Dr. H. Smith  vg | 11/4/02 |
| EXECUTIVE DIRECTOR/DESIGNEE (SIGNATURE)  WE | DATE  11/13/02 | PAYROLL (SIGNATURE)  J. Grimes | DATE  11/11/02 |
| SUPERVISOR/PROGRAM DIRECTOR (SIGNATURE) | DATE | FINANCE (SIGNATURE) | DATE |

REVISED 05/14/02   White Copy- OPF   Pink Copy- Payroll   Yellow Copy- Employee/Finance



# PERSONNEL ACTION FORM

| 1. S.S.N. | 2. NAME: LAST    FIRST    M.I. | 3. SIRNAME | 4. D.O.B. |
|---|---|---|---|
|  | Akonji, Helene |  |  |

| 5. NATURE OF ACTION | 6. DATE OF ACTION NOTICE | 7. EFFECTIVE DATE |
|---|---|---|
| Salary Change |  | 8/19/02 |

**8. ADDRESS    STREET**

CITY                                STATE              ZIP

| 9. POSITION CATEGORY (FT, PT, TEMP., SUB.) | 10. HOURS PER WEEK | 11. NTE DATE | 12. EMPLOYMENT DATE |
|---|---|---|---|

| 13. LIFE INSURANCE/AD & D | 14. HEALTH INSURANCE (TYPE AND COVERAGE) | 15. HEALTH INSUR. COST PER P.P. |
|---|---|---|

| 16. EMPLOYER CONTRIB. TO RETIRE (Y/N) | 17. EMPLOYEE CONTRIB. TO RETIREMENT (Y/N) | 18. RETIREMENT COST PER P.P. |
|---|---|---|

| 19. FROM: POSITION TITLE, LOCATION AND NUMBER | 20. PAY PLAN | 21. PAY RATE | 22. SUPERVISOR |
|---|---|---|---|
|  |  | $71,000 |  |

| 23. TO: POSITION TITLE, LOCATION AND NUMBER | 24. PAY PLAN | 25. PAY RATE | 26. SUPERVISOR |
|---|---|---|---|
|  |  | $75,000 |  |

| 27. FUNDING SOURCE INFORMATION | 28. TERMINATION CODE |
|---|---|
|  | 1 RESIGN    5 DECEASED<br>2 RETIRE    6 TERMINATED<br>3 TRANSFER   7 VOLUNTARY SEPARATION<br>4 MILITARY   8 INVOLUNTARY SEPARATION |

▶ SUBJECT TO COMPLETION OF ___ MONTH PROBATIONARY PERIOD BEGINNING _____

**REMARKS:**

Please issue retro from 8/19/02 to present   $76.87

38.46 − 36.41 = 2.05 × 75 = $153.75         − 76.88

| 44. EMPLOYEE (SIGNATURE) | DATE | 45 HUMAN RESOURCES DEPARTMENT (SIGNATURE) | DATE |
|---|---|---|---|
|  |  | V. Joseph | 9/4/02 |
| EXECUTIVE DIRECTOR/DESIGNEE (SIGNATURE) | DATE | PAYROLL (SIGNATURE) | DATE |
|  |  |  | 9/30/02 |
| SUPERVISOR/PROGRAM DIRECTOR (SIGNATURE) | DATE | FINANCE (SIGNATURE) | DATE |

REVISED 05/14/02   White Copy- OPF   Pink Copy- Payroll   Yellow Copy- Employee/Finance