# Edward O. Ayanbiola, Sr. MBA; R.Ph.

EXHIBIT 6

June 10th, 2002.

Ms Michelle Madison, *Project Director*.
Unity Health Care,
Washington, DC.



Dear Ms Madison,

      Ordinarily, It would have not been necessary for me to write you this letter, had it not been the incidence that happened <u>after</u> the meeting held last Thursday, and the physical and verbal abuse I suffered today in the hands of Ms. Helen Akonji. At work today, Ms. Akonji cursed me out and called me different bad names such as "idiot, stupid, a liar like a dog...etc," in the presence of two Pharmacy technicians: Pam & Brenda. At one point, she threw a trash at me. This is the second time Ms. Akonji would behave like this. She later apologized after she cursed me the first time, but this time, she went too far; hence I am filing this complaint.

      I arrived in the Pharmacy today for work at about 9:45AM. Ms. Akonji immediately attacked me, and said " so you and Roderick do not want me to have the key anymore". I told her that was not true and that I got the Pharmacy key from her last Thursday because she was working at another Clinic on Friday and I had to come in early to open the Pharmacy. I told her to speak to Roderick if she has any more concern about the key [1]. She started to yell and she became very loud. She called me "a liar like a dog, idiot, stupid, fool...etc " and she threw a trash at me and said "you cannot touch it, and if you touch it, you will see what will happen to you". She said I had been planning "evil" against her before she started working at Unity.

      When she refused to stop, I started to write down every bad name she was calling, and promise to file a complaint against her. She went and got her own paper and said, " I will file a complaint against you too", but she never stop calling me bad names for over 2-hours. A Pharmacy technician remarked to me at the end of the day that she has never seen our Pharmacy so tensed and demoralized like this. It has become a very "hostile" environment to work. If the Pharmacy

---

[1] There only 2-keys to the Pharmacy. Roderick has one. Ms. Akonji has the other. I myself DO NOT have the key to the Pharmacy. I have never complained about it.

UNITY-0125

employees' moral was 80-percent before the Meeting, it is now Zero percent. The way the meeting was conducted and handled are partially to blame for this.

First, I personally think Unity is very lucky to have such a capable and professional competent Pharmacy Director such as Mr. Roderick Nwokorie. Yes, he has worked with Hariet for years, so they are very close professionally. But Roderick does NOT assign where the Pharmacy technicians work. I do, and no body has accused me of favoring one technician over another. It is also a fact that Hariet and Pam do not get along most of the time here. In my opinion, both of them are equally to blame for this. It would be unfair to blame one over the other. And because Hariet has worked in the same pharmacy location for over 4-years, she knows more about the operation than anybody else. Also she is very good and reliable worker, which is what is needed in any pharmacy. Other Pharmacy technicians are also very good workers.

Second, as you may well remember, I was coming from the bathroom after the meeting when I saw you, Ms. Akonji, Quentin & Vivian, talking in the Hallway. I was shocked and surprised to hear Quentin, ordering Ms. Akonji, who was doing most of the talking, "to stop" talking when he saw me passing by. Obviously he did not want me to hear what she was saying. Such an act creates a "hostile work environment" as defined by *UHC Employee Handbook*.

Ms. Akonji is very lazy, talkative, very irresponsible, unprofessional, and a grossly incompetent pharmacist. She does not obey or follow both the Federal Laws and DC Laws that govern the practice of pharmacy. The rate of her errors is well above the norms. Two of her last mistakes which are well documented in the Pharmacy Director's office involved: giving Tylenol #3 to the two wrong patients. This is a very serious error, because Tylenol #3 is a Control Drug, and the pharmacy must account for every tablet we dispensed. Also, this type of medication must not go to the wrong hand or patient. Unity could be sued for such errors, and DC Board of Pharmacy could close down the Pharmacy.

Third, Roderick and I have tried to help Ms. Akonji when she first came and even up till today, but she is too arrogant and irresponsible. She is the destabilizer here, in my opinion. She wants to change every rule and procedure here to suit herself and herself only. We have changed our schedule 4-times since April to accommodate her, but each time she would not follow the schedule she requested for. This is

a pharmacist who requested to come in at 8AM and process the call-in refills, but she would not show up till 9:30AM or later. Not once, or twice, but several times. She would then blame a Pharmacy technician, (Hariet), that Hariet was the one who told Roderick that she was late. She wanted to fight with Hariet after Roderick gave her evaluation. I had to restrain and advise her that Hariet was not the person evaluating her and that she should talk to Roderick.

Ms. Akonji can talk, but there are some of us who allow our works and records to speak for us. I have worked in different capacity as a pharmacist in DC Metropolitan area, including owning my own Professional Pharmacy Practice; I have been featured in major newspaper as a pharmacist. *See attached Leaflets.* Throughout these professional careers as a pharmacist, I have never met anybody like Ms. Akonji. No body has ever thrown any object at me in any working environment. It is very dangerous when a pharmacist is throwing things at another co-worker in a working environment. That is a crime; an assault.

Lastly, I think Quentin made a serious mistake when he said in the Meeting that Ms. Akonji should not be more specific, but surprisingly, he had no problem talking to her after the Meeting in the Hallway and even told her to stop talking when he saw me coming. Such an act speaks volumes. I am bringing all these things to your attention as the Project Director, and in due respect to you. However, if Ms. Akonji physically or verbally abuses me again, I would have no choice but to handle the case to my attorney immediately for persecution. I am a married man with four young kids. I will refuse to work in any working environment where my life and physical being are in danger from a fellow employee.

Working in pharmacy is stressful enough, than to allow another employee to behave unprofessionally and unlawfully. I hope this will be my last letter to you on this issue. Thank you very much.

Sincerely,

*[signature]*
Edward O. Ayanbiola, Sr.

CC: Director of Unity Pharmacy.

UNITY-0127

Received   Aug-30-2004   12:46pm   From-202 293 8103   To-HAHN KYLE HOLLRAH LL   Page 008