

# Memo: Unity Health Care, Inc.
Pharmacy Services Department
1900 Massachusetts Ave., SE
Washington DC 20003

---

To: Helen Akonji, RPh
Staff Pharmacist

From: Roderick Nwokorie, MS, RPh.
Director Of Pharmacy Services

Date: 5/20/02

Subject: **FREQUENT TARDINESS AND ABSENTEEISM**

This memorandum serves to address your frequent tardiness and absenteeism. This is particularly significant in view of the fact that you were employed on 2/6/02 and have been a probationary employee (or otherwise have been in the introductory period of 90 days).
Your leave record from 2/16/02 when you were hired to present is as follows:

2/15/02 --   6 hrs
4/1/02 --    1 hr
4/4/02 --    1 hr
4/12/02 --   7.5 hrs
4/15/02 --   1 hr
4/22/02 --   2 hrs
4/25/02 --   1 hr
5/3/02 --    7.5 hrs
5/6/02 --    2 hrs
5/20/02------------1 hr

You have been charged Leave Without Pay (LWP) for these hours.
On 5/6/02, I counseled you on your attendance and warned you of the consequences of such unsatisfactory attendance record on your overall evaluation. I strongly advised you to show improvement until I perform your Introductory Period Evaluation.
Today, you were scheduled for work by 9:00 am in order to process the called-in refills before the Pharmacy opened at 10:00 am. You called me at exactly 8:48 am to tell me that you were running late because your relation took your keys including your car keys.
There were several other instances when you called that you were running late when you were at Anacostia Community Health Canter, which the Center Manager might not have noted. When you called that you were coming late or when you were absent you had always given one reason or the other.
Your work habit impacts adversely on the operation of the pharmacy and the patient care outcome. Here at Unity Health Care Pharmacy at D.C. General you are scheduled to come in by 9:00 am to pull and prepare the called-in refill prescriptions before the pharmacy opens at

10:00 am but most of the time those prescriptions were not ready when the pharmacy opened at 10:00 am because you were late or absent.

This has continuously placed undue burden on your fellow staff that have come in at 10:00 am to finish the refill prescriptions before starting their normal routine job.

As indicated and discussed with you during your 90 days Introductory Period Evaluation, you are being placed on an extended Introductory Period of another 90 days. During this period, you may not be entitled for leave, but under exceptional circumstances you may take unpaid sick leave. You will be re-evaluated after 90 days from this letter to determine if you will be permitted to continue in your position of staff pharmacist.

However you are seriously warned that further frequent tardiness and absenteeism may be cause to remove you from your position of staff pharmacist before the 90 days period.

cc:     Michelle Madison, CPO
        Antoine Smith, PhD, Director of Human Resources

## ACKNOWLEDGEMENT OF RECEIPT

For ~~Position Reclassification of Mary Barnes.~~ *Tardiness & Absenteeism R¼*

I  _Helen Akonji_ , acknowledge receipt of above referenced document.

Received By: ___Helen Akonji___   _RPh Planning_   Date: _5/21/02_
               Signature                    Title

Issued By: _____, _Director_   Date: _5/21/02_
               Signature                    Title

Witnessed By: _____   Date: _____
                 Signature              Title