**Memorandum of Direction**

December 2, 2002

To:     Helene Akonji
        Pharmacist

From:   Mary Beth Levin
        Clinic Manager

The purpose of this Memorandum of Direction is to follow up the conversation that was held with you, Nurse Worley (Charge Nurse), and myself on December 2. The meeting was held in response to issues and concerns that had been raised regarding your timeliness. Specifically the following items were addressed:

**Tardiness and attendance at staff meetings.**

Chronic tardiness seems to be a problem (September 4, 9, 11, 17, 18, 30; October 2, 9, 16, 17, 24, 28, 29, 30, 31; November 4, 5, 6, 8, 11, 12, 13, 14, 15, 21, 22, 26, 27; and December 2). You have been somewhat diligent in calling me to inform me that you are running late. However, a consistent pattern of tardiness is unacceptable. You were counseled about this November 12. In addition to compromised work performance, this tardiness has caused you to miss several morning staff meetings.

Corrective action to be taken from this day forward:

1. That you attend all staff meetings fully. Any absence or tardiness to a staff meeting can only be excused with a note from your doctor or other appropriate documentation.
2. If you are running late, you must notify me on my phone line no later than 8:00am.
3. That you arrive promptly at work at 8:15am.
4. You are placed on Restricted Leave Status. This means that you will be denied any leave requests submitted with less than thirty days notice and must submit a doctor's note for every sick day utilized.

**Voicemail Messages**

You have also been counseled that it is your responsibility to check the messages left on the pharmacy phone extension and to return those messages.

I am deeply concerned about your behavior thus far. Failure to make immediate corrections will lead to subsequent action leading up to and including termination.