

# Interoffice Memo

**Date:**   6/14/02

**To:**   Roderick Nwokorie, Director of Pharmacy

**From:**   Edward Ayanbiola, Pharmacist-in-charge

**Ref:**   MISSING 257 TABLETS OF PERCOCET, (generic) :

---

This is to bring to your attention that DC General Unity Pharmacy is missing
and cannot account for 257 tablets of Percocet during the months April-May 2002.
I did our monthly Control Drug inventory on April 1st, 2002 and there was no missing
Percocet tablet during that inventory.

As you well know, Ms. Helen Akonji started working here on April 8th, 2002. I think
her refusal to follow our procedures on how to handle Control Drugs might be
responsible for this lost. She refused to keep Percocet bottles in the Safe because
she did not want to walk to the Safe each time she has to fill Percocet prescriptions.
She would place several bottles of Percocet near her working area. At one point she
said would keep the bottles of the Percocet in her coat pocket, rather than follow our
procedure of returning the drug into the Safe after each usage to fill prescription.

On one occasion, I witnessed her mistakenly dumping a bottle Tylenol #3
In to the trash can. If I had not been there to retrieve it from the trash can immediately
we would be short of 100 tablets of Tylenol #3. As you know, it is a serious offence
when any Control Drug is missing or unaccounted for. I have started a daily print out
of all Control Drug we dispensed. In addition, I have instituted a WEEKLY inventory
of Percocet.

CONFIDENTIAL

UNITY-0132

Received   Aug-30-2004  12:46pm     From-202 293 8103          To-HAHN KYLE HOLLRAH LL    Page  015

6/19/02
Congress height Pharmacy
Rahel mersha


**COPY**

TO Rodric Nwokoric

On 5/21/02 patient Name ▮▮▮▮ ▮▮▮▮
came to pharmacy and asked me to give
her med which was Xanax 0.25mg 30 tablets
The medication was processed in the computer
on 5/17/02 friday but # I couldn't find it
in the pick up boxes. I wasn't working
that day 5/17/02 so I called you and told
you what happed. You told me for now to
give the medication to the patient ~~tog~~ as
refill until you find out how it happend.
Since that day the medication is still
short of 30 tablets.
On 6/17/02 I did all narcotic Invent.

Rahel. mersha

CONFIDENTIAL                    UNITY-0133



Filled by Helen Alcott

Bottle belongs to

(Tylenol #3, #5?)

Pt returned the medicine

Unsigned

Controlled Substance

RXS

Not Signed

**Prescription Refill Form**

**COPY**

| DATE: 5/23/02 | MR# | MD |
|---|---|---|
| Patient Name: ~~████~~ | | NOTES: |
| D-O-B: 1-22-57 | | 584642 ✓ |
| Phone: ~~███-██-████~~ | | 584641 |

R OPD NO.
1. _____
2. _____
3. Wrong
4. Bottle
5. He recive a lady
6. medication

Called N/A
Time _____
Left Message on
Answering Machine
Left Message
with _____

UNITY-0134

| DATE: 5/22/02 | MR# | MD |
|---|---|---|
| Patient Name: ~~████~~ | | NOTES: |
| D-O-B: 1-22-57 | | |
| Phone: ~~███████~~ | | |

R OPD NO.
1. 584641
2. 584642
3. _____
4. _____
5. _____
6. _____

DP581134   HH /8   05/22/02 R:3
39   BC 417   NIFEDIPINE CC 90MG TAB
115.68   BAYE ORG 02/20/02
MC:0313241500

HH /0   05/22/02 R:3
BC 417   AMLODIPINE BESYLATE 5MG++
PFIZ ORG 03/14/02
DP584642   on
Machine
...age

CONFIDENTIAL