**UNITY HEALTH CARE**

3020 14th Street N.W., Washington, DC 20009

www.unityhealthcare.org

March 13, 2003

Helene Akonji
3565 Fort Meade Rd #418
Laurel, Maryland 20724

Dear Ms. Akonji:

This is a Notice of Final Decision to issue a Written Reprimand to you for insubordination and negligent work performance. After an evaluation of the facts, I conclude that there is sufficient evidence to warrant the Written Reprimand for your behavior. The details in support of this action are as follows:

### Cause 1

On February 4, 2003, Roderick Nwokorie, Director of Pharmacy, instructed you to leave the pharmacy key in a sealed envelope with the Health Center Manager. The health center was due to close at 7:00 pm on Wednesday, February 5, 2003 and you would be out on leave until Tuesday, March 11, 2003. On Friday, February 7, 2003, Roderick called the Upper Cardozo Pharmacy and was told that you did not leave the pharmacy key behind.

On Saturday, February 8, 2003, you called Roderick Nwokorie to inform him that you did not leave the pharmacy key with the Health Center Manager as directed because the manager left before the pharmacy closed. You were reminded that you could have called Roderick and/or brought the pharmacy key to the DC General Pharmacy on Friday, February 7, 2003, as you were still in town. You were strongly advised to leave the pharmacy key with Roderick on Monday, February 10, 2003 before you traveled. You suggested that you would leave the key with your brother for Roderick to pick it up from him. You were told that the option was unacceptable. You did not return the pharmacy key prior to your traveling.

In the past you have mishandled a pharmacy key. On May 7, 2002 you were sent to work at the Congress Heights Pharmacy with a spare pharmacy key. You did not return the key to the safe where it was normally kept. Upon being questioned, you said that you left the key on top of the safe inside the DC General Pharmacy. When the key could not be found, a replacement lock had to be ordered for the Congress Heights Pharmacy. As a

result of you not leaving the key for the Upper Cardozo Pharmacy, a replacement lock may again have to be ordered for this breach in security standards.

## Cause 2

On 12/16/02, you were assigned to work at the new pharmacy at the Upper Cardozo Health Center. As part of the standard operating procedure, you were directed to take the beginning inventory and to continue to maintain a perpetual inventory of the Controlled Substances dispensed there. You objected to this directive, citing that other pharmacies are not maintaining perpetual inventories on Controlled Substances C III–V. You were reminded that your refusal to maintain a perpetual inventory could result in disciplinary action for insubordination.

On Friday, February 7, 2003, the pharmacist who was detailed to work at the Upper Cardozo Pharmacy, while you were on leave, reported that you did not keep the perpetual inventory record of the Controlled substances as you were instructed to. An inventory count of the Controlled Substances was taken and a perpetual inventory record of the controlled substances, which you refused to do, has since been maintained.

In response to the above-mentioned infractions, you are immediately placed on a disciplinary probation period through June 13, 2003, after which time you will be evaluated to determine whether significant improvements have been made to your work performance.

I reviewed all of the documentation submitted and concluded that there is grounds for your receipt of a written reprimand for insubordination that will become a part of your Official Personnel File for a period of two (2) years. U.H.C. is entitled to expect its employees to respect its rules and regulations that enable U.H.C. to maintain a productive work environment. It is my sincere hope that the above-mentioned incidents will not resurface, thus allowing your relationship with Unity Health Care, Inc. to be a mutually beneficial and rewarding one. Failure to follow the rules and regulations of U.H.C. will result in further disciplinary action up to and including termination.

If you feel that you have been unfairly disciplined in this matter, you may appeal this disciplinary action within five (5) working days in writing to the Chief Executive Officer. All such appeals will be resolved in writing within five (5) days of that date of receipt of your written appeal. The Chief Executive Officer's decision, or that of his designee, in response to such an appeal is final.

Sincerely,

Jose Aponte
Interim Director of Human Resources
Unity Health Care, Inc.



# ACKNOWLEDGEMENT OF RECEIPT
Written Reprimand for Helene Akonji

I _____, acknowledge receipt of above referenced document. I understand that my signature below is in no way an admission of guilt.

Received By: *Employee Refused to Sign*     Date: 3/14/03
    Signature                Title

Issued By: _____  Dr. J. Thaman   Date: 3/14/03
    Signature                Title

Witnessed By: _____   Date: 3/14/03
    Signature                Title

*Employee Refused to sign.*

UNITY-0077