To, Ms. Barbara Hendricks
Director of Personnel,
Unity Health Care Inc

Dr Helen Akonji, Pharmacist
Unity Health Care Inc
07/01/04
Tel:3013437925

*Received FEB 1 2004 Human Resources*

*Received FEB 01 2004 Human Resources*

**Madam,**

### A complaint about the uncompromising attitude of Roderick

Pharmacy to me is a call. This explains why I devoted my whole time studying medicine up to the doctorate. Since then, I have devoted all of my being to this call. I derive pleasure in saving people, and as a result have adopted the philosophy of doing the best I can in all circumstances to serve to maximum where ever I am, and without any hate for my fellow man. Because of this, any frustrating circumstance which plays into my ability to fully dispense my duty in this very loving profession, is suicidal to my ego and personality, and renders me sick. It is because of this philosophy that I wish to humbly present to you some of Roderick's actions which poses a serious threat to my ability to offer the best of mine to advance the goal and objectives of the corporation, which is my guiding principle ever since I was recruited.

The most resent incidence is when Roderick ordered the removal of drugs from our pharmacy on the 23rd and 24th of December 2003, stating that we were over stocked, and that it was information he received from the warehouse. And from both Roderick and the warehouse there was no parameter used to determine on how overstocked we were nor how much stock we are supposed to have on the shelves. The only guideline we have had is a par level which does not really work as Mr. Alexander Mcclaughlin, Roderick and my pharmacy staff members can testify. Roderick said he was transferring the drugs to DC General. He went further to say, that for the next three weeks we should not order drugs from the warehouse, including all fast movers, but that we will continue to order from him until we consume the drugs he took from us. However, what worried me is the fact that Roderick knows the high consumption of drugs from our pharmacy, yet would clear so many drugs from the shelves. We ran short of drugs on the 29th and immediately made an order. Emmanuel sent some drugs to us which were not much, and the drugs were used up. Further attempts, by my technicians, Loraine, Dennell, and John Paul to urgently make up for the shortage were futile. This lack of fast movers started again on Friday the 2nd of January through the 6th of January 2004. Approximately 70 to 80 patients' prescription bags are on order because of the removal of drugs from the pharmacy. Because of lack of drugs in our pharmacy, patients went on the rampage, and reported to the medical director Dr. Lapp who with Dr. Goetcheus did a follow up for drugs to be sent to our pharmacy. Drugs which were requested on Friday the 2nd were only received

UNITY-0055

on Monday the 5th as a result of him being contacted by Dr. Goetcheus. Even the drugs we received were not up to one tote; meanwhile seven totes were taken from our shelves. More to this, Roderick had to assign Mr. Macclaughlin to go round and collect drugs from other pharmacies to make up for the little quantity we received. I begin to wonder where the drugs went to, considering that Roderick said we could order the drugs from him when ever we run short for the next three weeks. One shocking and disturbing factor is that when we complained of the shortage and my technician, John William placed orders for the very drugs which were taken away from our pharmacy, Roderick said, the drugs asked for were not the type of drugs he ordered to be taken away from our pharmacy. Following a heated conversation over the phone with the technician, I had to take over to clarify with him that the drugs we were ordering were the exact same drugs I had on the list of drug he had taken away. Contrary to his initial instruction that we had to order from our drug over-stocked that was taken to DC general for the next three weeks, he now said we should order from the warehouse, thus implicitly trying to present the situation as if we were the ones who caused the shortage. Record of what he took away, what he gave back to us and what we have been short of is documented. Needless to say we have only received one tote worth of medication, compared to the seven totes which he took away. The question is where are the drugs he got from us. Also, to create a tense atmosphere, Roderick responded in the most brutal and rude manner when my technicians, Loraine Johnson and John Williams requested for the drugs. Conscious of my role to request for drugs on time to avoid shortage, something I have always done, I consider Roderige's act as an insult on my proficiency, and an act of blackmail to tarnish my professional image, and to deprive patients of their drugs and the rightful care they deserve.

I consider Roderick's sudden decision to put me on administrative leave, a well calculated move to cover up, and a spiteful attempt by him to tilt the issue of the where about and the none availability of the drugs taken away from Walker Jones, away from himself, as Dr. Lapp and Geotcheus had ordered him to return our pharmacy stock to us, he has suddenly come up with a bunch of allegation against me, which has prompted you all to put me on administrative leave. It only beats my imagination that at such a time when there is a shortage of drugs from Walker Jones clinic caused by Roderick, and with no knowledge as to where the drugs are, Roderick is trying to elude authority of the fact that he has no knowledge of it, by trying to shift the focus to my work attitude.

Again, when my mother fell sick and was referred to NIH on the 22nd of December 2003, I took her there, and after some emergency care was given, she was discharged and sent to Washington Hospital Centre in DC at 12 mid night, I followed her there where I spent a sleepless night till morning. Leaving the hospital in the morning of December 23rd, I called Roderick to explain the situation to him and to let him know that I would be running a bit late, for I had to come back home and take a bath before heading for the pharmacy. Roderick said nothing, but I was surprise to note later that he had a grudge against me for

UNITY-0056

a situation I could not control. I realized this when I had a problem with my bank account and the Bank called to inform me that there was an illegal transaction going on in my account, and requested me to urgently stop at the bank on Monday to verify and lunch an official forgery case. When I called Roderick on Sunday December the 28th at 10.45pm to inform him that I had an emergency and would be running late for work in the morning because I had to pass at the bank, he replied in one of the rudest manners, and later on hung up the phone on me. I called again, and he replied with a very bitter tone saying, he was not going to grant me the leave though I never asked for one, but still insisted it was an emergency. For Roderick to answer me in that manner when I was in an emergency situation was not comforting. He went further to say in annoyance that I could take the whole day off, and threatened me that it seems as if I do not want a job, and then threatened me saying, " Helene you are going to see me" and started to recount the incident when my mother was ill. For my boss to use his position to threaten me on situations which I cannot control is so disturbing, and does not augur well for a professional like me. Such an attitude is not encouraging, and can only help to create tension in the company thereby reducing productivity.

Conscious of the fact that our pharmacy is the busiest, with one of the highest volume of prescription, Roderick has never been so concerned to reduce work stress on the staff, to improve productivity and patient care. During this holiday season, contrary to Roderick's reaction to my emergency time off, which was just about an hour or two, he had pre approve vacation time to pharmacy staff Dennel Johnson, and would not care to send someone for temporal replacement. He gave her time off on 1/2/04, 1/5/04, including a non scheduled time off on 12/30/03, at a period when there was a shortage of staff. I see this as an act of bad faith, which aims at making us work under persistent pressure and stress. Dennel Johnson is one of my technicians whose work out put has constantly been below expectation because she exhibits a lot of laxity, is rude, and is not willing to collaborate with her team members, Loraine and John. I sanctioned her, and presented the problem to Roderick, but he never took any action to relocate her as I requested, for I needed a very efficient technician for such a high volume pharmacy as ours. To prove that Roderick has not had a fair intervention in this matter, Dennel has been under probation for approximately three times now. So far, she has not change, and all attempts to swoop her with a more efficient technician from a less busy pharmacy have never been given any attention to by Roderick. From the way Dennel behaves, I am tempted to believe that she is playing more of a spy role on behalf of Roderick than working as a technician in the pharmacy. This makes me to want to think that working here is based on connections with people in the organization rather than on professional out put. I am a person who believes in team work, and when hierarchy does not create that atmosphere for effective work to be done, it becomes very frustrating for me to freely and professionally dispense my duties.

Despite all of the pressure and stress, the manner in which Roderick assesses me is so discriminatory and disheartening, and does not reflect my person. This again shows that he is bent on creating a very hostile and stressful environment for me with the aim of frustrating my efforts, in order to push me to the point of resignation which I think is his prime objective. It would not surprise me if it comes out that Roderick is using Libbi and Dennel as auxiliaries in his diabolic plans.

This is my second time complaining to you in writing about Roderick's attitude towards me (reference of previous allegations can be found in my first complain against him sent to hierarchy) which makes the job environment very uncomfortable for me. The first time I wrote, you followed up, and that comforted me, though I was never informed of the decision taken. But Roderick's behavior a little time after came back to be the same, making me to think that no clear decision was taken to stop the stand off between Roderick and myself. Prove of this being that if he had been seriously brought to order, the above complains would not have come up, and because of the free hand he has in decision making he has again today put me on administrative leave.

Madam, for the sake of productivity, reputation, confidence, and credibility for the company, I sincerely appeal that this complaint should be given the highest concern it deserves, and I am at your disposal for details on the points mentioned and many others not presented. I would be most grateful if you would call both of us up and other interested party in a jury made up by you to interrogate us at the same time.

While wishing you and our company a happy and prosperous new year 2004, I count on your usual attention and goodwill you always have in bringing sanity to the company, and conflict resolution. Accept Madam, the assurances of my sincere commitment and devotion in serving the company even better in 2004.

Yours faithful employee,

Helen Akonji (Pharmacy Doctor)

*Helene Akonj*

Cc:
  Ms. Zerita Hudson
  Dr. Janelle Goetcheus
  Mr. Vince Keane