

To: Mr. Vince Kean
CEO: Unity Health Care

Subject:  1) Mary Beth: Congress Heights Clinic Manager's unprofessional attitude
and inappropriate advances towards me.
2) Roderick Nwokorie:Pharmacy Director's
Continous discriminative, and spiteful
attitude towards me.

From: Dr. Helene Akonji
Pharmacy Staff
12-10-02


I Helene Akonji Pharmacist at the congress height pharmacy wishes to express my concern about Mary Beth's recent epxplosive attitude towards me at work,accompanied by making vicious and false reports about me..

In June of this year when I was transferred to congress heights Pharmacy Mary Beth was also just coming in. At the time she received me with great joy.She very often would stop at the pharmacy, and make me send all of her faxes for her stating the main fax machine was not working. When the main fax machine outside the pharmacy started working she still continued asking me to go out, and send the faxes for her. At this time I started questioning, and became suspicious of her inappropriate advances towards me. Initially I thought she was new and was not comfortable yet with her new co-workers. So I did every thing for her with the intension of getting her well situated and comfortable with her new job setting.

She many often at times would tell me, I called the office, and gave them good remarks about you, and your work performance, which I did not find new,because I had always gotten these remarks from most of the clinics especially from doctors, patients,and knowing my self to have always been the perfectionist work conscious person. Somes she has abruptly cleaned the lipstick around my lips telling me it was not on properly,and on one occasion dragged me down the hall way stating I should go use the mirror and adjust my lip stick. This I was not quite cormfortable with because she is not a close friend of mine as I know.I just thought this was her way of trying to make me a friend.

She some times will tell me we have clinic meetings please feel free to join us. these meetings even though have never been of any professional help or value to me nor had an impact on my work since we very often have pharmacy meetings with our director. So, in order to be part of, the team I had occasionally attended them as time permitted especially with my high prescription volume, and with no technician help. I usually had a lot of unfilled prescriptions for patients who usually dropped the off the night before, and were requesting that they will like to pick them up in the morning. I usually used the early morning period when I arrived work to get those prescriptions ready. As a result of my high prescription volume, and no help which Mary Beth did observe she encourage me to give patient a longer waiting period of about 2 to 3 hours

3

or ask then to come back the following day, which was not strange to me as I have seen most of our clinics do. She even went as far as calling the main office and getting technician help for me. This I was pleased with and during one of the clinic meetings I told the rest of the staff of her efforts in obtaining a technician for me, and applauded her for that.

On a few occasions that I have been caught up in traffic, flat tire or car battery run down I have notified Mary Beth appropriately, and she has responded with a lot of comfort and concern. So from June through this month of December Mary had been pleased with me, as is the case with my, patient, Doctors, and other staff member..

About 2 to 3 weeks ago I noticed a sudden change in her attitude towards me. When Jeff started installing fixtures at the Pharmacy. Each time Jeff stopped by to discuss fixture installation issues with me she will also stop by and say she needed him. That was no issue to me as I noticed she was trying to get some sing boards for the clinic . On one occasion as Jeff walked in to the pharmacy she also walked in immediately saying to me look at your belly button as she, and Jeff walked to her office. I took it as it was as I found out one of my burtons was opened.

Then sometime along the line she walked to the pharmacy, and asked me to faxed some some documents for he, and when I told her the fax was not working she screemed at me saying why did you not tell me . I calmly told her we told her two weeks ago during one of meeting when she gave the ink catridge to Silva. She continued to ensist I did not tell her, and that this should not happen again. I found this strange because the main fax was working, and if any thing I should be the one to be worried, because it was my fax at my pharmacy. On one occasion on Monday when it was so busy as I had filled well over 150 prescripstions alone with phones going off , and with a line of patience waiting for me she knocked at the door of the pharmacy and with a loud and sudden outburst she to me said how many times have I told you about the voice mail you need to call Silva at Hunt place and let her check it right now . I was storned, Ms whorley overheard the conversation, and seeing a long line of patients she ran in, and started helping at the window. I was barely struggling to ask MaryBeth what the problem was, and also trying to let her understand that the phones as she knows have not been working properly as they have been serviced a couple of times, and could be a possible reason for them rolling over, to the front desk and may be coupled with the fact that I did not, sometimes get to them on time since I am usullay working alone at the front window trying to help with the patience and made worse by the fact that the phones are all the way in the back an issue which she was aware of as I was currently addressing it with Jeff.

On another occasion she jumped in to the pharmacy in the presence of one of the clinic staf, and started shouting at me saying why are you not taking prescriptions over the phone, you are changing my policy you know I do your evaluations, I said Mary Beth you see a line of patience I cannot even get to them yet, all I am telling patients is to dropped off their reffils at the pharmacy to day or call back at a latter time, that I am backed up and there was just no time to get all the information from them over the phone. She kept on screemimg your changing policy you cannot override my decision I am the clinic manager. I then said to her there are certain professional decesions which can only, and best be taken by the expert. That telling them I am unable to take refills over the phone at the momemt was same as telling the patient who walked in I cannot fill your prescription

Complants—

24

4

today because I am backed up. She continued, shouting you cannot override my decision .I told her I will have to excuse my self from the conversion that was inappropriate infront of the patience, and I joined Ms. whorley who had again rushed in to help with the line.

The following day as I was busy at the pharmacy Mary Beth asked me to come to her office. I told her I was in the mist of patient care, and had a lot of work to do.She said I need you to come now,so I thought it was something urgent so I told the patients in the line I will be right back. When I went to her office she had a page of false allegations and documentation against me ,lied that once back in November she had held one of such conversions in her office with me.I told her I found her pulling me out of the pharmacy in the middle of patient care inappropriate, and unprofessional as she had no remorse on the hardship of patient work load I had to under take with no help especially with the difficult patient population we had to deal with..I declined singing the paper,and was excused to return to my patient care I immediately notified Dr. Gunasekaran the clinic's Medical Director and the director of pharmacy programs of her constant nagging,harassing unprofessional attitude. I told my director the law prohibits any non pharmacy staff from coming to the pharmacy and I had been allowing her get in for better employee relation ship and now the she is walking and screeming at me in my office making the work environment uncormfortable to me I will like to keep her out. He told me it is always in my judgement, and decision. I did that, and so Mary Beth got frustrated with me ,and so in an attempt to get back to me she called Silva the pharmacy technician who comes to help at least 2 times a week to give a ride to some one while we were in the mist of a lot of work at about 3p.m. that day. I overheard Silva arguing with her saying why me,that she did not want to go that she was at the pharmacy helping Helene on that Friday prepare for her busy Monday since she Silva will not be working at my location,and also asking who was going to put gas in her car. Silva also told Mary Beth that she had earlier on that morning picked up someone whom Mary Beth had asked her to.I then asked Silva to give me the phone and told Mary Beth we were busy and that it was not the right time to send Silva. She shouted at me saying, I am the clinic manager you cannot override my decision I again told her I am just explaining something to you not overriding you decision and suggested she could use the social worker who was available.She then proceeded to calling Mr. Smith down town who called and asked me what was going on, and I explained the situation to him. He said he was going to talk to her.

Now haven written down all of these I will like to let you know it is never in my interest to make disturbing reports about someone. I always try to resolve these issues in an amicable manner so as to keep a good employee work relationship with my colleague, But Mary Beth' spiteful attempt to assacinate my professional character, and carrier has made me to bring out things clearly.

I know the company has a new pharmacy starting up at upper cardozo.The pharmacy Director during our last pharmacy meeting made mention of the fact the main office as well as him are looking to put a good experience old pharmacy staff temporary at the location until the new hired pharmacist are trained. On thursday 12 /12/02 on a very short notice,with out any considerations of my personal plans and change in schedule, and not in line with the companies policy even though Roderick did appologized for his short notice he brought to my attention that I have been chosen to go to the upper cardozo site temporary.I do not have any problem relocating in

Complaints- 1

25

*Complaints — 2*

order to meet the company's need but I do not appreciate that being done very often Each time I get accuented with a pharmacy and have set it up in a manner condusive for work I get pulled to some where else .This constantly disorientates me each time I am oriented to a given location..It was not very long when after having been hired and had worked at the Anacostia location for approximately 2 to 3 months I was moved to Dc general because I was told a new pharmacist was hired and I was more fit and competent to handle the DC General high volume Pharmacy.When I questioned why me I am always told that, they are making general changes,and only to find out at the end that I am the only one whom that general change has been impacted upon.I appreciate the company using me because of my good work and skills. I do remember and appreciate the fact that during Sean Elliot;s visit to our clinic, Mr. Jose Aponte, and the CEO of the ccompany congratulated me for my good work, after they had spoken to patients and,staff members especialy the Doctors whom I work closely with, but I do not appreciate when the other side of the story  especially coming from Mary Beth is, Helene is not a good pharmacist and they are just trying her at the upper cardozo location. Now to me this is a double play.I donot wish to be exploited and as a cover up being put down,at the same time.

    I am at this time in addition to looking in to the issues with Mary Beth that I be returned to my congress height location after setting up the upper cardozo Pharmacy.And that relocating me because Mary Beth does not want to work with me  is an act of discrimination for her self intent and benefit if any thing I expect that her unprofessional attitude and poor managerial skills be addressed as she seem to have had a lot of such conflicts with most of the staff at the congress heights clinic whom on may occasions has been seen and heard getting into load arguements and confrontations with in the presence of f other staff and patients.

    I  will continue to serve the company as needed or as required if my high skilled levels are highly needed. I am putting in a request to assist Roderick and to  be made a Pharmacy manager or Supervisor and be compensated for  and stationed appropriately,so that in time of need I will be readily available and relocation and constant issues of disorientation will not be a problem.

              Your's sincerely,

                        Helene A Akonji  Pharm. D., RPH.

cc.
    Mr. Jose Aponte:Acting Director of Human Resources
    Ms. Zerita Hudson:Chief Program Officer.
    Dr.Gunasekaran: Medical Director Congress Heights clinic
    Mr.Jim St. Amant:Director of clinical health care services
    Ms.Michelle Madison:Chief program officer
    DR.Jannelle Goetheus:Chief Medical Director
    Mr. Roderick Nwokorie : Director of  pharmacy services

*Complaints — 1*

2b

①

From: Dr. Helene Akonji
        Pharmacy Staff

To: Mr. Mr. Vince Kean:  CEO:Unity HealthCare

Subject: Frequent relocation

Date: 03-19-03

Dear Sir,
        This is my second  desperate attempt to express my concerns about Roderick's unprofessional attitude towards me.It is in three folds,Discrimination,sexual harrassment,and also making the work environment uncomfortable for me. I  here  attach a copy of my first write up concerning his unprofessional attitude towards me.
        Mr. Roderick the Pharmacy Director has discriminatively relocated me five times within a  calender year.Attached is my first letter to the company addressing this matter.

I have been assigned as follows within the past one year:

            -Feb 6th 2002  to April  7th th 2002 :Anacostia Pharmacy
            -April 8th to  June 12th 2002: Dc General Pharmacy
            -June 12th   to December 11th : Congress Heights Pharmacy
            -December 16th  2002  to march 13th 2003: upper cardozo pharmacy
            -March 17th 2003  to present: Walker Jones Pharmacy

        At this point in time I do not wish to be  relocated any more for reasons previously expressed in the last letter.Attached is the letter he gave to me on Friday 13th march 2003  stating I am being relocated to walker Jones effective Monday 17th march 2003, asking why  I should be the only one relocated and  not any other pharmacist or even the Pharmacist taking my position he  replied by citing the companies policy of reassignment every time there is a need. At this time I begin to question if the policy was meant to be used as a discriminative  tool for superiors to get back to their subordinates.I believe he is discriminating against me because if the reasons he has been giving as to why he has been relocating me are true,then   as many times as I have been relocated other pharmacist since their assignment with Unity who have never been relocated would have had the same fade in order to let all the pharmacist take turns.
        I have increasingly been discriminated upon and abused under the pretends of company policy,as I have been assigned to areas  of high prescription volume.DC General,Upper Cardozo as high volume was anticipitated,and Walker Jones Pharmacy as you all will agree  are all sites with highest prescription volume.Roderick had choosed to assign me to these sites each time there is a need..It is the even more surprising that as much as I am needed and work so hard using my skills in the capacity of a clinical pharmacist Pharmacy Doctor,Roderick has made every effort to down play this vital role which I have played in the company.Roderick has tried  to divert the attention towards other unrelated and unfounded  issues about me.Pharmacy being a noble profession in

Complaint — 2

27



which pharmacist are highly respected,and are given the choice to be stationed in a permanent location where they can function best,as most pharmacist have been with in the company,Roderick has shown no such respect to me but instead much disrespect by tossing me around the company as if I were a desk clerk.

I believe Roderick is using this strategy in order to frustrate me to a point of resignation.I say so because, he had once told me he would do the same to a technician whom he disliked in order for her to leave,however I advised the lady not to leave.

Again on Friday the 13th of March 2003 he gave me two false write ups allegations on keys and control substance which he refused to take an initial count on with me. As a result , he used his powers as my superior to put me on three months probation.

Prior to my going on leave he had turned down two leave request which I clearly told him I needed to go take care of my mother who had a breast tumor.On Friday he attempted to question the authenticity and validity of the leave approval I got from the Human Resource Department..

On June 10th 2002 an investigation,coupled with a meeting held at Dc general in connection with Roderick's discriminative attitude towards four pharmacy staff as he favored one, I was asked to express my view about the situation. I stood strongly against any act of discrimination that he exhibited towards them. The team,lead by Michelle Madison, then took the necessary decision to resolve this matter.Certainly with the hidden hared for me as a result of my support to the staff instead of him,he within the next two days connived with another pharmacist and ruthlessly menaced me including verbal abuse.I called the Main office, and the investigation teamwhich had promised they will grant me protection if he attempted to mistreat me,asked that I should be transferred away from him.Later the next day, I was moved to Congress Heights Pharmacy for protection, and the team asked me to report to Mr. James St. Amant for any official matters.

Sir,my worry now is, what has happened to the protection you gave me by asking me to report to Mr. Amant.This is because Roderick has suddenly seized the opportunity again and is victimizing me.

Sir, since after this incident Roderick has sought every opportunity including false reports, biased evaluations and setting me up and putting me on probation at will as an attempt to get rid of me.He has put me on probation at will.One time when I expressed my dislike of being relocation to Dc General ,he advised me that if I do not like the job he would give me a good report to help me get a new job.

After this incident at Dc General, he once called the police on me after I had left, on missing narcotics Which he and another Pharmacist collaborated and got rid of as they were the only two people who could open the safe, and close the pharmacy at the end of business. He did this Stating"this is good because she will loose her License and be put in jail".

He also during this same incident falsely linked me with missing keys that I returned to the safe.He connived with the pharmacist who opened the safe as they both

Complaint - 2



latter on Got rid of the keys just to implicate me. And after gave me a false evaluation proceeded by a probationary period of three months.

when Roderick had hired me he had actually watched me work on two occasions at Dc General since I came in through the agency. At one point, he said I was a beautiful, attractive intelligent and hard working lady he would like to work with. when I was moved tot Anacostia pharmacy he would frequently stop during my break time stating,"I just wanted to see how I you are doing, and to see your beautiful face".When leaving He will try to kiss me and I will withdraw from him. Reacting, he will say "just give me a hug,it is just a hug,it will not hurt you".

When ,my pay check was late he offered me money but I declined the first time stating I will wait for my pay check. I refused firstly because I could support that period,and secondly because I felt it was a way to lure me in to a relationship.When the second pay period came and I had no pay check he again offered me money. Because of my financial hardship I took the money and he told me I could pay it back at anytime.To continue his advances he relocated me to Dc general Pharmacy stating that part of the reason is because he wanted me to be closer to him.When I expressed my dislike for transfer he told me he will be moving to a new office, and will create a position for me, and I will use part of his office as mine.this alleged position never came once he realized I was not interested in having an affair with him.Not only did the alleged position not come,he proceeded to ask his,money he said I could pay at any time. All of these coupled with the incident he had with the four staff members he went ahead to write false evaluation about me stating I am not a good pharmacist.He even told me in his office he is disappointed with my work performance,and that he said this to the person,from the main office who was supposed to open a clinical workshop,which I was going to manage when this man asked of me.

Because of this bad fate,intransigence,discriminative,manipulative and harassment exhibited by Roderick,the work environment becomes uncomfortable for me,for I have to constantly watch my back for him as supposed to focusing on patient care,which is the reason why I am there

With all of these I believe rational judgment will question how I am able to keep working in this kind of an enviroment.I am traumatized emotionally,physically, and psychologically, and will be most grateful if this matter can be looked into seriously and promptly.

Cc:
    Jose Aponte: Acting Director of Human Resources
    Zerita Hudson: Chief program officer
    Michelle Madison:
    James St. Amant:Director of clinical haelth services upper cardozo
    Marsha Mcintyre: assistant Director of Human Resources


        Your's sincerely,

              Helene Akonji Pharm.D.


complain - 2

29