IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HELENE AKONJI ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-cv-2101-JDB |
| ) | |
| UNITY HEALTH CARE, Inc. ) | |
| ) | |
| Defendant ) | |

## ORDER

The Court, upon motion by Defendant Unity Health Care for summary judgment seeking dismissal of the Complaint by Plaintiff Helene Akonji, having considered the evidence and legal authorities presented by all parties, and having determined that there is no genuine dispute as to any material fact herein, and that Defendant is entitled to judgment as a matter of law pursuant to Fed. R. Civ. P. 56, it is

ORDERED, that Defendant's motion be, and it hereby is, GRANTED; and

FURTHER ORDERED, that Plaintiff's Complaint be, and it hereby is, DISMISSED, with prejudice and with costs to Defendant.

_____
John D. Bates
United States District Judge

Dated: _____