

UNITY HEALTH CARE, INC.
Office Of Human Resources
3020 14th Street, N.W.
Washington, DC 20009

February 5, 2002

Helene Okonji
3565 Fort Meade Road., #418
Laurel, MD 20724

Dear Ms. Okonji:

I am pleased to officially offer you the position of **Pharmacist** with Unity Health Care (U.H.C.) Inc. effective February 6, 2002. This is an exempt position with an annual salary of **$71,000** (based on working 75 hours per pay period) and full fringe benefits.

The enclosed job description details the duties and responsibilities of Pharmacist. Your immediate supervisor will be Roderick Nwokorie, Director of Pharmacy Services. As with all new appointments, continued employment is based on the successful completion of a ninety (90) day probationary period; an ongoing assessment of your performance; and the availability of program funding.

You will meet with representatives from the Human Resources staff on Tuesday, February 19, 2002, for new employee orientation. The orientation is held at the Upper Cardozo Clinic, 3020 14th St., NW, Washington, DC 20009 from 9am-5:30pm. Please meet in the Executive Board Room, on the 4th floor at 9:00 a.m.

Please sign this letter as acceptance of your position and bring it with you to the orientation session. In addition, please bring the enclosed I-9 form, the required forms of identification listed on the form, and all relevant degrees and certifications. All appointments are contingent upon successful completion of pre-employment screening and may be rescinded for unsatisfactory results. If you have any questions or concerns regarding this offer of employment, please feel free to contact Vivian Joseph, Human Resources Generalist, at (202) 518-2378.

Congratulations and I wish you success in your new position!

Sincerely,

Vincent A. Keane
Chief Executive Officer

I accept the position of Pharmacist.

Signature _____Helene Nkonji_____   Date _02/06/02_
CC:   File