**EXHIBIT 5**

# Memo

**To:**      Antione Smith, Dir. HR
**From:**    Vincent A. Keane, CEO
**Date:**    November 5, 2002
**Subject:** **Staff Salaries**





✳ Another area that I am requesting that you begin to process pay increases is in the area of Pharmacy. Retroactive to October 28, 2002 please increase all Staff Pharmacists salaries to $78,000.00. I believe in general this is an increase from $75,000.00. In addition please process a pay increase



Thank you for your attention to these matters.

cc: Dr. Janelle Goetcheus
     Michelle Madison
     Personnel Files ✓



# PERSONNEL ACTION FORM

| 1. S.S.N. | 2. NAME: LAST | FIRST | M.I. | 3. SIRNAME | 4. D.O.B. |
|---|---|---|---|---|---|
| | Akonji, | Helene | | | |

| 5. NATURE OF ACTION | 6. DATE OF ACTION NOTICE | 7. EFFECTIVE DATE |
|---|---|---|
| Salary Adjustment | 11/4/02 | 10/28/02 |

**8. ADDRESS** STREET

CITY  STATE  ZIP

| 9. POSITION CATEGORY (FT, PT, TEMP., SUB.) | 10. HOURS PER WEEK | 11. NTE DATE | 12. EMPLOYMENT DATE |
|---|---|---|---|
| | | | |

| 13. LIFE INSURANCE/AD & D | 14. HEALTH INSURANCE (TYPE AND COVERAGE) | 15. HEALTH INSUR. COST PER P.P. |
|---|---|---|
| | | |

| 16. EMPLOYER CONTRIB. TO RETIRE (Y/N) | 17. EMPLOYEE CONTRIB. TO RETIREMENT (Y/N) | 18. RETIRE.MENT COST PER P.P. |
|---|---|---|
| | | |

| 19. FROM: POSITION TITLE, LOCATION AND NUMBER | 20. PAY PLAN | 21. PAY RATE | 22. SUPERVISOR |
|---|---|---|---|
| | | $ 75,000 | |

| 23. TO: POSITION TITLE, LOCATION AND NUMBER | 24. PAY PLAN | 25. PAY RATE | 26. SUPERVISOR |
|---|---|---|---|
| | | $ 78,000 | |

| 27. FUNDING SOURCE INFORMATION | 28. TERMINATION CODE |
|---|---|
| | 1 RESIGN        5 DECEASED<br>2 RETIRE        6 TERMINATED<br>3 TRANSFER   7 VOLUNTARY SEPARATION<br>4 MILITARY   8 INVOLUNTARY SEPARATION |

▶ SUBJECT TO COMPLETION OF ___ MONTH PROBATIONARY PERIOD BEGINNING_____.

REMARKS:

| 44. EMPLOYEE (SIGNATURE) | DATE | 45 HUMAN RESOURCES DEPARTMENT (SIGNATURE) | DATE |
|---|---|---|---|
| | | | 11/4/02 |
| EXECUTIVE DIRECTOR/DESIGNEE (SIGNATURE) | DATE | PAYROLL (SIGNATURE) | DATE |
| | 11/13/r | | 11/11/02 |
| SUPERVISOR/PROGRAM DIRECTOR (SIGNATURE) | DATE | FINANCE (SIGNATURE) | DATE |

REVISED 05/14/02   White Copy- OPF   Pink Copy- Payroll   Yellow Copy- Employee/Finance



# PERSONNEL ACTION FORM

| 1. S.S.N. | 2. NAME: LAST        FIRST        M.I. | | 3. SIRNAME | 4. D.O.B. |
|---|---|---|---|---|
| | Akonji, Helene | | | |

| 5. NATURE OF ACTION | 6. DATE OF ACTION NOTICE | 7. EFFECTIVE DATE |
|---|---|---|
| Salary Change | | 8/19/02 |

| 8. ADDRESS        STREET |
|---|
| |

| CITY | STATE | ZIP |
|---|---|---|
| | | |

| 9. POSITION CATEGORY (FT, PT, TEMP., SUB.) | 10. HOURS PER WEEK | 11. NTE DATE | 12. EMPLOYMENT DATE |
|---|---|---|---|
| | | | |

| 13. LIFE INSURANCE/AD & D | 14. HEALTH INSURANCE (TYPE AND COVERAGE) | 15. HEALTH INSUR. COST PER P.P. |
|---|---|---|
| | | |

| 16. EMPLOYER CONTRIB. TO RETIRE (Y/N) | 17. EMPLOYEE CONTRIB. TO RETIREMENT (Y/N) | 18. RETIRE.MENT COST PER P.P. |
|---|---|---|
| | | |

| 19. FROM: POSITION TITLE, LOCATION AND NUMBER | 20. PAY PLAN | 21. PAY RATE | 22. SUPERVISOR |
|---|---|---|---|
| | | $71,000 | |

| 23. TO: POSITION TITLE, LOCATION AND NUMBER | 24. PAY PLAN | 25. PAY RATE | 26. SUPERVISOR |
|---|---|---|---|
| | | $75,000 | |

| 27. FUNDING SOURCE INFORMATION | 28. TERMINATION CODE |
|---|---|
| | 1 RESIGN        5 DECEASED<br>2 RETIRE        6 TERMINATED<br>3 TRANSFER    7 VOLUNTARY SEPARATION<br>4 MILITARY    8 INVOLUNTARY SEPARATION |

► SUBJECT TO COMPLETION OF ___ MONTH PROBATIONARY PERIOD BEGINNING _____

REMARKS:

Please issue retro from 8/19/02 to present $76.87
38.46 - 36.41 = 2.05 × 75 = $153.75        - 76.88

| 44. EMPLOYEE (SIGNATURE) | DATE | 45 HUMAN RESOURCES DEPARTMENT (SIGNATURE) | DATE |
|---|---|---|---|
| | | | 9/4/02 |
| EXECUTIVE DIRECTOR/DESIGNEE (SIGNATURE) | DATE | PAYROLL (SIGNATURE) | DATE 9/30/02 |
| SUPERVISOR/PROGRAM DIRECTOR (SIGNATURE) | DATE | FINANCE (SIGNATURE) | DATE |

REVISED 05/14/02    White Copy- OPF    Pink Copy- Payroll    Yellow Copy- Employee/Finance