## Barbara Hendricks

**From:**      Libbie Buchele
**Sent:**      Tuesday, December 09, 2003 3:59 PM
**To:**        Barbara Hendricks
**Cc:**        Roderick Nwokorie
**Subject:**   FW: continuing pharmacy problems


Helene
Akonij[1].doc

Hi Barbara,

Below is the e-mail I sent Roderick yesterday regarding Helene. After reading this e-mail, Roderick thinks that "quality" and "accuracy" should be reduced to a "1."

In addition to the information listed below, here is other info:

There was a pharmacy error committed in June, that Ms. Akonij did not report until September. The error was discovered by Dr. Lapp, and Ms. Akonij questioned whether Dr. Lapp had the right to report this error to me. An asthma medication was dispensed to a non-asthmatic. In September, she brought a complaint by a patient who was picking up her Tylenol 3. She stated that the pharmacist said there was no prescription for her, but that she had dropped one off. I went into the pharmacy and inquired, and one of the pharmacy techs found the prescription, which had been filled and dispensed to another patient with a completely different name. I asked Helene to write an incident report, and she told me that since the error had been discovered in time, no report was necessary.

On 12/1, a patient came to me (▬▬▬ ▬▬▬), complaining that the pharmacist would not refill her Tylenol 3 prescription. However, the bottle she showed me was not for her, but for a ▬▬▬. I asked Helene what had happened, and apparently, ▬▬▬ ▬▬▬ was given ▬▬▬ bottle of Tylenol 3. The error had been discovered on 11/28. I asked Helene for an incident report, which she finally turned in (on an old DBC form) on 12/5/03.

Roderick and I met with Helene on 8/20 and Roderick wrote her up for misreporting her leave. Roderick has a copy of this writeup; I do not.

I am sending you my file on Ms. Akonij. I am very concerned about patient safety at my clinic. Thank you.

-----Original Message-----
From: Libbie Buchele
To: Roderick Nwokorie
Cc: Diana Lapp, MD
Sent: 12/8/03 5:05 PM
Subject: continuing pharmacy problems

on friday, ▬▬▬ ▬▬▬ was discharged from the hospital. his prescriptions were faxed to the pharmacy, and dr. lapp requested a rush on his medication. The medication was filled Friday at 4:30, and Mr. ▬▬▬ was to come into the pharmacy on Saturday to pick it up. as the clinic was closed this Saturday, Mr. ▬▬▬ came in this morning, and the medicines were not in the pharmacy. This included medication for diabetes, asthma, Leavaquin, hypertension, etc. Dr. Lapp asked what had happened to the medication, and Helene told her that the prescriptions "had been entered into the system, but the medication had not been dispensed," a fact disputed by the pharmacy technicians. Helene then proceeded to refill the medications.

This afternoon, Dr. Lapp saw a Mr and Mrs. ▬▬▬ and 

1

UNITY-0107

She reviewed their medication with them, and found that Mr.
████ had a bottle of Synthroid in his name, and was therefore taking
this medication.  However, this medication was never prescribed to him,
but has been prescribed to his wife.  Dr. Lapp asked to see the
prescription in the pharmacy (thinking she perhaps had made a
prescribing error), but the prescription was correctly made out for ████
███████ █████.   This affects patient care, because Mr. ████ was taking
a medication meant for his wife.

Mr. and Mrs. ████ told Dr. Lapp that the last time they were here, the
pharmacy "lost their precriptions."

Dr. Lapp asked Helene about the problems in pharmacy, and Helene told
Dr. Lapp that "there is a mixup between Mr. ████ Mrs. ████, and
█ that they are trying to work out."

I am very very concerned about the continuing problems I am observing.
Another incident report will need to be done, as medication is being
lost or wrongly dispensed.

Thank you.

UNITY-0108