

# Interoffice Memo

**Date:** 6/14/02

**To:** Roderick Nwokorie, Director of Pharmacy

**From:** Edward Ayanbiola, Pharmacist-in-charge

**Ref:** MISSING 257 TABLETS OF PERCOCET, (generic) :

---

This is to bring to your attention that DC General Unity Pharmacy is missing and cannot account for 257 tablets of Percocet during the months April-May 2002. I did our monthly Control Drug inventory on April 1st, 2002 and there was no missing Percocet tablet during that inventory.

As you well know, Ms. Helen Akonji started working here on April 8th, 2002. I think her refusal to follow our procedures on how to handle Control Drugs might be responsible for this lost. She refused to keep Percocet bottles in the Safe because she did not want to walk to the Safe each time she has to fill Percocet prescriptions. She would place several bottles of Percocet near her working areas. At one point she said would keep the bottles of the Percocet in her coat pocket, rather than follow our procedure of returning the drug into the Safe after each usage to fill prescription.

On one occasion, I witnessed her mistakenly dumping a bottle Tylenol #3 in to the trash can. If I had not been there to retrieve it from the trash can immediately we would be short of 100 tablets of Tylenol #3. As you know, it is a serious offence when any Control Drug is missing or unaccounted for. I have started a daily print out of all Control Drug we dispensed. In addition, I have instituted a WEEKLY inventory of Percocet.

6/19/02
Congress height Pharmacy
Rahel mersha



To Rodric Nwokoric

On 5/21/02 patient Name ▬▬▬ came to Pharmacy and asked me to give her med which was Xanax 0.25mg 30 tablets. The medication was processed in the Computer on 5/17/02 Friday but # I couldn't find it in the pick up boxes. I wasn't working that day 5/17/02 So I called you and told you what happed. You told me for now to give the medication to the patient ~~togiu~~ as refill until you find out how it happened. Since that day the medication is still short of 30 tablets.

On 6/17/02 I did all narcotic Invent.

Rahel. mersha

CONFIDENTIAL     UNITY-0133

Received  Aug-30-2004  12:46pm    From-202 293 8103    To-HAHN KYLE HOLLRAH LL   Page 016



**Prescription Refill Form** — COPY

DATE: 5/23/02
D-O-B: 1-22-57
584642 ✓
584641

OPD NO.
1.
2.
3. Wrong
4. Bottle
5. He recive a lady
6. medication

Called N/A Time
Left Message on Answering Machine
Left Message with

Handwritten margin notes:
- Fulfield by Helen Alcorn
- Bottle belongs to (Tylenol #3, #5?)
- Pt returned the medicine
- Unsigned Controlled Substance
- R+S Not signed

UNITY-0134

---

DATE: 5/22/02
D-O-B: 1-22-57

OPD NO.
1. 584641
2. 584642
3.
4.
5.
6.

Stamps/labels:
- DP581134  HH /9  05/22/02 R:3  NIFEDIPINE CC 90MG TAB  39  BAYE ORG 02/20/02  BC 417  115.08  MC:031313141500
- HH /10  05/22/02 R:3  AMLODIPINE BESYLATE 5MG++  PFIZ ORG 03/14/02  BC 417  DP584642

CONFIDENTIAL