```
                                                            Page 1
 1              UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLUMBIA
 3    ------------------------------x
 4    HELENE AKONJI,                :
 5           Plaintiff              : Civil Action No.
 6                                  : 05CV02101(JDB)
 7    v.                            :
 8                                  : PAGES 1 through 157
 9    UNITY HEALTHCARE,             :
10           Defendant              :
11    ------------------------------x              COPY
12
13
14              Deposition of Helene Akonji
15                    Washington, DC
16             Thursday, September 14, 2006
17
18
19
20
21    Reported by: Joanne Liverani, RMR
22    JOB NO.  176668
```

Page 5

1    Thereupon,

2             HELENE AKONJI,

3    the Plaintiff, called for examination by counsel for the

4    Defendant, and, after having been sworn by the Notary,

5    was examined and testified as follows:

6    EXAMINATION BY COUNSEL FOR THE DEFENDANT, UNITY

7    HEALTHCARE

8             MR. HAHN:  Good morning.  My

9    name is Benjamin Hahn.  I'm a partner in Schnader

10   Harrison Segal & Lewis.  I represent Unity

11   Healthcare Inc. in the matter of Helene Akonji

12   versus Unity Healthcare Inc. pending in the United

13   States District Court for the District of Columbia.

14           We are here this morning for depositions

15   in this matter.  And present in the room are Helene

16   Akonji, the plaintiff, and Bryan Chapman, her

17   counsel, and with me to assist me in the deposition

18   is Roderick Nwokorie, who is the director of

19   pharm -- the director of pharmacy at Unity

20   Healthcare, Inc.

21           By agreement of counsel, I am going to

22   take Ms. Akonji's deposition this morning.  We are

1   minutes, all right, then that's your testimony.
2   And if that simply doesn't make any sense, then
3   people are going to have to have a problem with
4   that. That's all I'm telling you.
5       A    Okay.
6       Q    Okay. And if you say that you didn't
7   want him rubbing your leg, but you waited a minute
8   before you pushed his hand away --
9       A    I said --
10      Q    I just want to know that that's your
11  testimony.
12      A    Oh, okay. A few seconds.
13      Q    A few seconds?
14      A    Yes.
15      Q    Okay. Five seconds?
16      A    About, you know, five, ten seconds
17  maybe.
18      Q    Ten seconds?
19      A    Five, ten seconds.
20      Q    Okay. All right. If you could just
21  start rubbing your leg, I'm going to count slowly
22  to 10. One, two, three, four --

1   A   And I pushed his hand away.

2   Q   At the four -- four-second mark?

3   A   Okay. Yes.

4   Q   Okay. All right. You didn't just
5   immediately push?

6   A   I didn't, no. I don't do that. I just
7   tried to, you know, just kind of like, you know --
8   because sometimes you don't know if it is a
9   friendly touch or what or what, so when I realized
10  he was doing it inappropriately I just pushed him
11  away.

12  Q   Okay. But just doing it right now it
13  looked -- you sort of automatically at the
14  four-second mark said that's --

15  A   Yeah, cause I don't want, you know.

16  Q   Okay.

17  A   I'm not interested in that.

18  Q   All right. After that meeting to
19  discuss your evaluation, did Mr. Nwokorie ever
20  touch you again?

21  A   No. After that he only came to the --
22  clinic once again during my break, surprisingly.

1  He came, you know, I was on break and he, you know,
2  for some reason he stayed in the pharmacy the whole
3  meeting so he didn't have -- no, he didn't after
4  that, no.
5      Q    Okay.  So during your entire time at
6  Unity there were only three times that he touched
7  you; is that correct?
8      A    That he really grabbed and touched me,
9  yes, and at the DC General location, too, where he
10 tried to kiss me when I came out of the parking
11 lot.
12     Q    Okay, so that's?
13     A    Four.
14     Q    Four times?
15     A    That's correct.
16     Q    All right.  Were there any other times
17 that he touched you ever, in any way?
18     A    No.

Page 154

\*       \*       \*

ACKNOWLEDGMENT OF DEPONENT

I, Helene Akonji, do hereby acknowledge I have read and examined the foregoing pages of testimony, and the same is a true, correct and complete transcription of the testimony given by me, and any changes and/or corrections, if any, appear in the attached errata sheet signed by me.

_____        _____

Date                             Helene Akonji

1  CERTIFICATE OF NOTARY PUBLIC

2      I, Joanne Liverani, the officer before whom the

3  foregoing deposition was taken, do hereby certify that

4  the witness whose testimony appears in the foregoing

5  deposition was duly sworn by me; that the testimony of

6  said witness was taken by me in stenotype and thereafter

7  reduced to typewriting under my direction; that said

8  deposition is a true record of the testimony given by

9  said witness; that I am neither counsel for, related to,

10 nor employed by any of the parties to the action in

11 which this deposition was taken; and, further, that I am

12 not a relative or employee of any attorney or counsel

13 employed by the parties hereto, nor financially or

14 otherwise interested in the outcome of this action.

15

16        _____
          Joanne Liverani,

17        Registered Merit Reporter

          and Notary Public for the

18        District of Columbia

   My Commission expires:

19 July 31, 2010

20

21

22