UHC Employee Handbook 2002
Approved by BOD February 2002

## ACKNOWLEDGMENT

I hereby acknowledge that I have received a copy of the Employee Handbook of Unity Health Care, Inc. I have read and have had the opportunity to ask questions regarding the Employee Handbook. I understand its contents, including:

__✓__ UHC's Non-Discrimination Policy

__✓__ UHC's Non-Harassment Policy

__✓__ UHC's Standards of Conduct

__✓__ UHC's Grievance Procedure

__✓__ UHC's Confidentiality Policy

I understand that the Handbook is not all-inclusive and that it is subject to change at any time, with or without notice.

I understand that the Handbook does not create a contract. I understand that my employment is at-will, meaning it is for no fixed or definite time and that I may be terminated without cause.

UHC EMPLOYEE: _Helene Alconj_

DATE: _06/04/12_