UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HELENE AKONJI,

      Plaintiff,

      v.                           Case No.:  05-2101 (JDB)

UNITY HEALTHCARE,

      Defendant.

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

This is a consent motion seeking a seven (7) day extension of time to file plaintiff's opposition to defendant's motion for summary judgment. Plaintiff's opposition is due on November 9, 2006.

Dr. Akonji's brother died suddenly of a blood clot last week. As a result, she was unable to assist me in preparing the opposition. Dr. Akonji has informed me that she will now be able to assist me in preparing the opposition. Therefore, with Defendant's consent, Plaintiff requests a seven (7) day extension. The parties ask that the court extend the deadline for filing the opposition until November 16, 2006 and extend the Defendant's deadline for a reply accordingly.

Respectfully submitted,


_____/s/_____
Bryan A. Chapman Bar #439184
Law Office of Bryan A. Chapman
601 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20004
(202) 434-8240

Attorney for the Plaintiff