Helen  Akonji

Page 21

1        A     I add to that, I had to kind of like

2  struggle.  I had to go from place to place.

3  agencies to agencies to add up the hours.  I would

4  sleep -- like I say, I was hustling --

5        Q     **Mm-hmm.**

6        A     -- to get those hours to make them up

7  for about one to two years.

8        Q     **Okay.  Let's focus for a minute on one**

9  **specific subject and that has to do with your**

10 **claims that Mr. Nwokorie here physically touched**

11 **you.  Okay.**

12       A     Okay.

13       Q     **Okay.  Now, I know I have your**

14 **interrogatory answers and I have the information**

15 **that you[1]ve supplied in documents.  But I'd like to**

16 **spend just a few minutes asking you about the**

17 **specifics of that without looking at those**

18 **documents.**

19       A     Okay.

20       Q     **When is it your recollection that**

21 **Mr. Nwokorie first touched you physically?**

22       A     That was about in -- initially, when I

Helen  Akonji

Page 22

1 was just hired, I was with -- with Unity for about

2 three weeks, three to four weeks, about that time.

3 That would've been February ending or early March.

4        Q    Okay.  And so do you recall a specific

5 incident that stuck -- sticks in your mind as the

6 first time he touched you?

7        A    Yes, I do.

8        Q    Okay.  Can you describe that.  This

9 would've been in the end of February or early March

10 of 2002?

11       A    Yes, that's correct.

12       Q    Okay.  What -- describe that incident.

13       A    Okay.  At about that time, you know, I'd

14 been with that institution for about three weeks,

15 and usually when you work there they don't get to

16 pay you to like in three weeks or some like that.

17 They make you work two weeks ahead and then they

18 pay you later.  So apparently I had called him when

19 the courier had come and told him that I never got

20 a check.  So he told me he was going to come and

21 see me.  So he came during my break time because I

22 usually have lunch from 12:00.

Helen  Akonji

1            And usually -- the area was Anacostia

2 clinic is an area that, you know, it's like a

3 little bit, not very, you know, safe.  So

4 usually -- I was new to the area and I was kind of

5 like didn't want to go out.  I would stay in the

6 pharmacy which he did -- he did know that because

7 occasionally he would call me and ask me --he said

8 he wanted to find out how I'm doing, just checking

9 on me, and so on and so forth.  So he knew that I

10 wouldn't be going out for breaks because of the

11 safety of the environment.  So he came -- told me

12 he was going to come and see me during my break

13 time.

14            So I was working with another

15 technician, so he came there during the break time

16 and told me that when he came -- when he came there

17 that --he told me that, oh, that I know you didn't

18 get a check.  I can offer you some money in the

19 meantime while you wait for the check, and that I

20 make a lot of money.  I'm a retired employee from

21 the old DC General.  That I'm getting a paycheck

22 there.  I worked over 20 years and now I'm getting

Helen Akonji

Page 24

1 two paychecks.  I can give you money literally

2 without any problem while you're waiting for your

3 check.  So at that time I cannot refuse.  And then

4 he went on onto hugging me, hold me very firm, try

5 to kiss me, hug me on my buttocks, push me to the

6 wall.  And I was trying to push him away from me --

7 him away from me, and he had a very pungent smell

8 of cigarette coming out of his mouth.  And I told

9 him I didn't want it.  Then he withdrew back.

10          Then he realize I was uncomfortable and

11 then he started talking about issues concerning

12 professional matters of the facility.

13      Q    Was anyone around during that?

14      A    No, the clinic was in -- in a little

15 corridor, like a container.  The pharmacy was a

16 little small, the pharmacy.  I had a technician

17 there who was working there with me.  She had gone

18 on break or she would usually take her break and go

19 out.  So I would sit in there cause I was not

20 feeling comfortable.  So the doors would all be

21 locked because I would close the doors, shut the

22 doors, shut the windows, sit in the pharmacy, so I

Helen Akonji

Page 42

1 pop in occasionally.

2          So he came.  When he came and opened the

3 door, the first thing, again, he just grabbed me

4 and hugged me close to him.  He hugged me again.

5 And this time it was a little short because I was

6 shocked.  So when he hugged me, I kind of pushed

7 him away and he said, you know, oh, come on, you

8 know, each time I want to hug you, you know, you're

9 resisting; it is just a hug.  It is just a hug.  It

10 doesn't hurt.  Just give me a hug.  And I sat

11 quiet.

12          And he said well, I do understand your

13 situation that you didn't get a check.  I'm not

14 thinking that he would make mention for me to get a

15 check from the office.  He said, I do understand

16 your situation that you don't have a check.  I have

17 some money here.  I can really give you the money

18 if you do need it.  And I kind of like thought

19 about it.  I'm like, no, let me wait for the next

20 pay, you know, the next pay period was like every

21 two weeks.  So it wasn't -- so if it was on

22 Thursday, I said no, Friday's coming.  I'm just

Helen  Akonji

1 going to wait for Friday.  And if I don't get a

2 paycheck, I'll let you know.  You know.

3          So we left off like that.  So he stopped

4 that -- he talked a little bit about, you know,

5 other things, you know.  So when he left, that

6 Friday the courier came.  And -- the courier came

7 again.  And I didn't have -- I didn't have a check.

8 I didn't have a check.  So I called him again and

9 said -- I said, Mr. Nwokorie, the courier came

10 again, I didn't have a check again.  I didn't have

11 a check.  That would be the second time.  I said, I

12 don't have a check again.  He didn't seem to pay no

13 attention to it.  He said, oh, don't worry, don't

14 worry, I'll take care of it.  I'll be there.  I'll

15 be seeing you, you know, I'll see you.

16          So it would appear he didn't come to see

17 me that Friday that I called him, but he came out

18 on Monday or Tuesday the following week.  And when

19 he was coming he had the money with him again.  And

20 he came and he said, oh, I came to give you some

21 money.  And I said, for my paycheck? He said, no,

22 I'm going to give you some money and -- and I said,

Helen Akonji

1 how about a paycheck?  He said, well, I'm going to

2 take care of the problem.

3            And again, I'm not thinking that -- this

4 was on my break time again that he's coming.  I'm

5 not thinking that, oh, he's not, you know, he's not

6 going -- he's not going to make me have a check.

7 And I was, you know -- at the same time, I didn't

8 want to challenge him.  And I'm like, I would think

9 that I'm like, can't I -- can't you -- can't I get

10 a check from the office.  He said, I'll call them.

11 I'll call them.  And I thought about it.  And I

12 thought about it.  I was hard up financially.  I

13 was hard up, and I was thinking about even if I

14 don't get the little I'm getting from him, and he's

15 not saying anything about my check, what am I going

16 to do with my bills.  Because it was getting now to

17 about the fifth or sixth week that I would work

18 without a paycheck.  So I decided to take the money

19 that he offered me.  He brought cash.  And I

20 decided to take the money from him.  And then when

21 he give the money, when he was leaving now, he

22 again tried to hug me, kiss me, grab me, held my

Helen Akonji

Page 45

1 butt again, and I kind of pushed him away again.

2 And I told him, I don't like this.  I told him that

3 I don't like it.  So, you know, we talked about

4 other things as usual and then he left.

5            And then at about the following week,

6 again he called me and said that he was --he

7 wanted to come there on my break time and I told

8 him, I said, Roderick, you know, then I felt a

9 little bit more comfortable to tell him that I

10 don't like it.  I said, I don't like you coming on

11 my break time.  Because literally when he come

12 during my break time, he's my boss, I'm nervous

13 about just the fact that I've got to deal with him

14 with work.  I'm nervous about that fact that I have

15 to deal with him and the fact that I'm not so sure

16 if it's going to be a kiss and a grabbing or

17 whatever.  So I kind of in a way said, Roderick,

18 you know, you know, in a way trying to be decent, I

19 say, you know, when you come during the breaks it

20 bothers me.  I don't have the time to take my

21 break.  And he's like, okay, that's true, I

22 understand.  You know, I understand.  You know, I

Helen Akonji

Page 46

1 will try -- you know, okay.  You know, is true.  He

2 acknowledged that he takes away from my break.

3           And that it wasn't long again, he's

4 like, oh, you know, I have the new pharmacist that

5 I am going to hire.  It's a guy, I've forgotten the

6 guy's name.  I've forgotten his name.  Anyway.  I

7 guess they would know his name.  He replaced me at

8 the clinic.  Well, you know, I really want for you

9 to be close to me and, you know, he wanted to avoid

10 the fact that he had to be taking away my breaks

11 from me and he said, I'm going to move you over to

12 DC General where you're going to be very close to

13 me, where we're going to do a lot of things

14 together.  And I'm going to talk to authorities -

15 I'm going to try to make you my assistant, you

16 know.  And he went on and on.  And at that time I

17 took a deep breath and I'm like, oh, my God.  Here

18 I go again.  Now he's going to move me even much

19 more closer.  And at this time he'll be my manager.

20 I didn't have any way of resisting except

21 expressing myself to him that I do not want to be

22 moved.  I don't like to be moved.  I'd rather stay

Helen Akonji

Page 47

1 at Anacostia.  I -- I mean I like working there.  I

2 like working at that pharmacy.

3          And at that time, Denise Butler, who was

4 a technician, at that time she had noticed him

5 coming to the clinic a lot.  She's like, Helen, why

6 is Roderick always coming to the clinic a lot.  And

7 I said you know, why is he always coming to the

8 clinic during the break time, running here.  She is

9 like -- because she was hired by Roderick from the

10 old DC General, and she said, I have had ray time

11 with him, hard time with him.  He's the kind of

12 person that I had a rough time for him to even hire

13 me at Unity.  And he has this thing where he really

14 touches me, he mistreats me, and he didn't want to

15 hire me.  She was like, I have an impression that

16 he was coming to talk to you about me.  And, you

17 know, just like to be careful with me.  She was

18 being nervous about, you know, what Roderick would

19 try maybe to indoctrinate me to mistreat her.  And

20 I was like, no, he didn't say nothing about you.

21          Then I had my little resentment.  I

22 didn't want to say anything yet because I was too

Helen  Akonji

Page 48

1 new to the institution.  I was uncomfortable.  I

2 was getting used to the job.  I wasn't sure if I'm

3 going to keep my job or was this going to cause my

4 manager to dismiss me.  So I was a little bit

5 private at that time.

6     **Q    How many times did he come to your**

7 **pharmacy on your break?**

8     A    He did come there at least three times,

9 at least three times.

10     **Q    Over what period of time?**

11     A    Over a period of about three weeks.

12     **Q    Okay.  So this would've been still**

13 **February?**

14     A    February/March.

15     **Q    Okay.  And you think that's unusual?**

16     A    Unusual for him to come and see me

17 during break, you know, just tell him I'm coming to

18 see you, it's very unusual, because he makes his

19 rounds during work hours.  It's very unusual.  I

20 mean Denise Butler asked that.  Why's he coming

21 during break?  It's -- it's definitely unusual.  I

22 have to be on a break and it's kind of hard

Helen Akonji

Page 49

1 working, standing and working with patients for

2 somebody to come to me at break time when you don't

3 have anything personal with him.

4         As the manager, he does have enough time

5 in the course of the day to come see me, which he

6 had done, so I was expecting him to be coming

7 during work time.

8    **Q    How many times during that three-week**

9 **period did he come during work time?**

10    A    Occasionally, he was probably -- the

11 first week when I was training, because I had the

12 pharmacy training for one week, he stopped there

13 about once or twice, you know, that week to see how

14 the training was going. Then he had stop -- I

15 would say about three times again. No, not three

16 times. He didn't stop -- he had come about twice.

17 Because at one time I remember him calling me and

18 saying, oh, Helen, you know, don't think that I

19 have neglected you. I've not just been talking to

20 you coming there is because I'm busy. So he had

21 come there about twice. For official matters. He

22 went to get me. He took me there. Then he visited

Helen Akonji

Page 50

1  me once while the girl was training me.  When the

2  girl left, he rarely came there because he told me,

3  oh, you seem to have things pretty under control so

4  I'll be talking to you over on the phone.  You

5  know, I get there when I get there.

6      Q    So during the first three weeks he came

7  there a total of three times during your work hours

8  and three times on your breaks?

9      A    Can you repeat the question, sir?

10     Q    All right.  I'll let you answer.

11          During the first three weeks that you

12 were there --

13     A    Mm-hmm.

14     Q    -- at Anacostia --

15     A    Mm-hmm.

16     Q    How many times total did Mr. Nwokorie

17 come to see you?

18     A    Personally, about one time for that --

19     Q    No, no, let's --

20     A    Total time?

21     Q    Total number of times that you saw

22 Mr. Nwofcorie in your pharmacy, total number.

Helen  Akonji

Page 51

1        A     Maybe I would say twice.  Initial time

2 he took me there.  He came in about twice.

3        Q     **Okay.  You can't give me a total number?**

4        A     I took --

5        Q     **I come up with six.  Three times during**

6 **your work time and three times when you were on**

7 **break.**

8        A     **No.**

9        Q     **Is that incorrect?**

10       A     Are you telling me --

11       Q     **Is six the wrong number?**

12       A     **Six is the wrong number.**

13       Q     **He saw you three times when you were on**

14 **break; right?**

15       A     But in the period of five to six weeks.

16 For five to -- a period of five to six weeks he saw

17 me three times on my break.

18       Q     **Okay.**

19       A     But within the first three weeks he was

20 there once to see me on my break and about twice

21 just for business matters.

22       Q     **Okay.  All right.  So five to six weeks**

Helen Akonji

Page 52

1 he saw you three times on your break?

2      A    Yes, correct.

3        Q     And that seemed unusual?

4      A    Very unusual.  And it was a consecutive

5 period of time.  At that time it was consecutive.

6 It was like he did come consecutively.

7        Q     What do you mean "consecutively"?

8      A    Consistently.

9        Q     All right.

10      A    He did it consistent like.  He would

11 come on the Thursday and by Tuesday you see him and

12 by Friday you see him.

13      Q     Well, that's already three times.  And

14 he only came a total of three times in the whole

15 six weeks?

16      A    For -- to see me personally?

17      Q     Yeah.

18      A    That's correct.

19      Q     Okay.  So how many -- how many

20 Thursday/Tuesday/Friday series were there?

21      A    Let me -- let me make something clear.

22 He didn't start seeing me on personal -- on my

Helen Akonji

Page 53

1  break until the third week.  But prior to the third

2  week he had been there for business matters.

3        Q    Okay.

4        A    I was still training the first week so

5  the first week pretty much I was training so, you

6  know, I was not there by myself yet.  The second

7  week that pharmacist had left.  At about the third

8  week I was about to get a paycheck, which I didn't.

9  That's about the time from when he started coming

10 consecutively for three times.  That's why I'm

11 giving you that.  For a period of when I was there

12 for up to five weeks he would've seen me personally

13 for three times and the rest of the time it would

14 just have been for business matters.

15       Q    Okay.  So in the first three weeks he

16 saw you once for business matters?

17       A    He took me there first time for business

18 to introduce me to the pharmacist.  Came there

19 again to visit me to see how the girl was doing,

20 how she was training me.

21       Q    Okay.  So in the first three weeks you

22 have the initial time, total of two times he was

Helen Akonji

Page 54

1 **there?**

2      A      Mm-hmm.

3      **Q      Okay.   Then during the next three weeks.**

4 **four, five. and six; right?   We explore five and**

5 **six** ---

6      A      You keep extending the week.   About the

7 fifth week -- you keep on extending the weeks.   I

8 said about the fifth week -- the third week as well

9 is when I got a check and about two weeks again you

10 get another check.   So -- and about that time

11 that's when he started making personal visits to

12 me.

13      **Q      Okay.   Now, after the sixth week, did he**

14 **keep up the visits?**

15      A      That's when he started arranging me to

16 transfer me to DC General, as I was explaining to

17 you.

18      **Q      Okay.   And you did transfer?**

19      A      And I did transfer.

20      **Q      Okay.   Then how frequently did you see**

21 **him?**

22      A      Every day.   He made his schedule exact

Helen Akonji

Page 55

1 same as mine.  We -- there were two pharmacists at

2 DC General.  I think his name was -- I don't

3 remember the guy's name.  There was a pharmacist

4 there.  He gave him the opportunity to choose a

5 shift because there were two shifts either coming

6 on at nine and ten, and I told, him I like the 10:00

7 shift.  He said no, he's going to let the other

8 pharmacist do the 10:00 shift.  I said okay.  Kept

9 quiet.  I said, I'm going to come at nine.  And he

10 said -- well, I said -- cause DC General is a

11 little bit deserted place and almost only the

12 pharmacy's functioning and the emergency room.

13 Almost the only thing that is left at DC General is

14 almost the pharmacy and the small new section that

15 was constructed for some emergency care for the

16 patient that, you know, that got out of DC General.

17 And so the place is almost a little bit abandoned.

18 So you have a lot of people hanging out and a lot

19 of -- a little bit not very safe.  You know, they

20 had a couple of incidents where people were

21 attacked there.  So I did express to him that fact

22 that I didn't like to come early in the morning,

Helen Akonji

Page 56

1 because I didn't feel comfortable coming in the

2 morning.  And he said because of the safety of the

3 environment -- and he told me that I shouldn't

4 worry.  He's going to come early with me, and you

5 always be there every morning at 9:00.  He's going

6 to make sure that he keeps his schedule up as mine.

7 As a matter of fact, he'll be there every day in

8 the morning, and that's what he did.

9        Q    And so you were working the 9:00 shift?

10       A    I was working the 9:00 shift.  And --

11       Q    And did you get in on time?

12       A    Yeah -- well, I did get on time except

13 for sometimes I didn't come in early.  But I was

14 working 9:00 shift and he had a key to the

15 pharmacy.  -I think he basically had the key,

16 initially was letting me in.  Something like that.

17       Q    Did you have any attendance problems at

18 the Anacostia clinic?

19       A    Occasionally.  Occasionally, I did --

20 occasionally, yeah.

21       Q    How frequently?

22       A    Maybe, in terms of, you know, running

Helen Akonji

Page 57

1  late, three or four times running late.

2      Q    **Do you have any attendance problems at**

3  **Georgetown?**

4      A    Not much.

5      Q    **Have you ever been told that you were**

6  **tardy at Georgetown?**

7      A    Occasionally I have come late and, you

8  know, they told me don't come late.

9      Q    **Have you ever been written up?**

10     A    Written up for coming late?

11     Q    **Yes.**

12     A    No.

13     Q    **Have you ever been written up for**

14  **anything at Georgetown?**

15     A    No, I'm doing, you know, I do well at

16  Georgetown.

17     Q    **So the people at Georgetown don't have**

18  **any problems with your performance at all?**

19     A    My work performance?  I mean I wouldn't

20  be there.  I wouldn't be there if — I'm doing fine

21  at Georgetown.

22     Q    **Okay.  Who's your supervisor there?**

Helen Akonji

Page 58

1      A    My supervisor is Jeff -- Jeffrey Kaufman

2  (ph).

3      **Q    How do you spell his last name?**

4      A    J-E-F -- Jeff -- just put Jeff.  I don't

5  know.  His name's a little funny, Jeff, C-O-X.

6      **Q    Jeff Cox?**

7      A    **Yes.**

8      **Q    Okay.  And what's his position?**

9      A    He's the director of pharmacy.

10     **Q    All right.  And you've gotten an annual**

11 **performance review at Georgetown; is that correct?**

12     **A**    Yeah.

13     **Q    Okay.  And what was your review?  What**

14 **rating did you get?**

15     A    Satisfactory.  I don't know exactly, you

16 know.  Satisfactory.

17     **Q    Satisfactory?**

18     A    At least satisfactory, whatever it is.

19     **Q    Have you ever been put on probation for**

20 **any performance problems at Georgetown?**

21     **A**    For performance, no.

22     **Q    For anything else?**

Helen Akonji

Page 59

1     A     For anything else.  They just put me on

2 one -- one-month extension for -- to get a, you

3 know -- it was a one-month extension for probation

4 to get acquaintance with the shift I'm working.

5     Q     What -- why was the one-month

6 extension --

7     A     Necessary -- they thought that I was

8 not -- I was not aquaint -- they told, me that they

9 thought I needed more training for the night shift

10 and so they were going to extend my probation time

11 to get my hands on things before they can give me

12 relief for my probation period.

13     Q     When was that; when you first started?

14     A     When I first started, yes.

15     Q     Okay.  Do you still work, the night

16 shift?

17     A     I still work the night shift.  Ever

18 since I'm working night shift.

19     Q     Okay.  When did you file for bankruptcy?

20     A     I don't remember.  I don't -- that one I

21 will remember.  I don't remember.  It's on the -- I

22 have the documentation but I don't remember the

Helen Akonji

Page 60

1 date right offhand.  I gave a copy to my lawyer.

2      Q     **Okay.  Were you** --

3      A     I don't remember the date.  It's not

4 something :[ was keeping the date in my head.  I

5 would have told you that.  He has the

6 documentation.

7      Q     **Okay.  When -- were you working at Unity**

8 **when you filed for bankruptcy?**

9      A     No, I think it must have been after --

10 in that area I will not be very -- yeah, but I

11 think it was after.

12     Q     **Okay.  Did you have an attorney**

13 **represent you in your bankruptcy proceedings?**

14     A     Yes, I did.

15     Q     **Okay.  Who was your attorney in your**

16 **bankruptcy proceedings?**

17     A     I don't remember his name.  What's his

18 name?

19     Q     **Was he here in DC?**

20     A     He's in Maryland.

21     Q     **He is in Maryland?**

22     A     Yeah.

Helen Akonji

Page 61

1     Q   Do you remember what -- what caused you

2 to need to file for bankruptcy?

3     A   I was in a lot of debt.  I didn't have

4 the money to catch up my debts at all.

5     Q   Okay.  What kind of debts were they?

6     A   Financial.  I mean I couldn't pay my car

7 note, I could not pay my rent.  A lot of things.

8     Q   When did you start getting into

9 financial trouble?

10    A   You want to know the time?

11    Q   Yeah, what -- just generally when did

12 you start having problems meeting your note

13 payments and your rent?

14    A   When I didn't have a job from Unity.

15 When -- I mean when they threw me out.  I didn't

16 have any job.  I was --at the time I left there I

17 worked for Howard for a while; it was just

18 part-time.  My paycheck wasn't enough to pay my

19 rent.  The money I was getting -- especially right

20 after I was, you know, terminated from Unity.

21    Q   How much was your rent?

22    A   My rent was like 1,450.

Helen Akonji

Page 62

1      Q      So when you were working for Unity, you

2 were able to keep up with your debts?

3      A      Yes, oh, yes, I did.

4      Q      Okay.  Did Mr. Nwokorie ever touch you

5 once you started working at DC General?

6      A      Yes, he did.

7      Q      Okay.  Can you tell me the first time

8 that that happened?

9      A      He waited for me at a parking lot.  When

10 I'm coming in the morning at the parking lot.  You

11 know, I would sometimes the -- you know, the

12 parking wouldn't even know who was in the parking

13 lot because it's kind of quiet in the morning and

14 cars are parked.  So I'm getting out of my car.

15 Here he goes at the door, tries to open the door,

16 you know, in an open parking lot and try to kiss me

17 or hug me, and I was so surprised because I wasn't

18 expecting anybody to be around my car, not

19 especially him, in that kind of a manner that he's

20 like somebody who was just hiding and waiting on

21 you.

22      Q      All right.  Can you -- you were getting

Helen Akonji

Page 63

1 **out of your car** --

2      A    Okay --

3      Q    -- **he opened the door?**

4      A    I was getting -- as I -- as I pop open

5 the door, he held the door open, and I was coming

6 out, you know, he reached out for me to kiss and

7 hug me at the parking lot.

8      Q    **What did you do; get back in the car?**

9      A    No, I didn't.  I was outside.  I kind of

10 like stepped back, you know.  I just stepped back

11 and then, you know, he turn around and just said

12 you know, good morning and just started walking

13 ahead of me, and I closed the door and I followed

14 because he was the one who was opening the

15 pharmacy.

16      Q    **Okay.  When did that occur?**

17      A    This is as soon as I went there. at DC

18 General.  As soon as he transferred me there

19 Something like maybe the first or second -- second

20 week I was there.

21      Q    **So we're certainly still in April** of

22 ¹**02, maybe?**

Helen Akonji

Page 64

1       A    I think I made about two months at

2 Anacostia, maybe April, May.  Say maybe May.

3       Q    **Maybe May?**

4       A    Maybe -- maybe I made about two months

5 at Anacostia.

6       Q    **Did, he ever touch your breasts?**

7       A    He held -- when he holds me he grabs me

8 and squeezes me close to -- on his chest.

9       Q    Okay.  **But he never put his hands on**

10 **your breasts?**

11      A    No, he didn't put my [sic] hands on the

12 breasts.  On my buttocks he did.

13      Q    **But he put his hand on your buttocks?**

14      A    That's correct.

15      Q    Okay.  **Did he do that on the occasion in**

16 **the parking lot?**

17      A    No.  At Anacostia.

13      Q    **Just at Anacostia?**

19      **A**    At Anacostia.  When he came the three

20 times.

21      Q    All right.  **What was the next time that**

22 **he physically touched you?**

Helen Akonji

Page 65

```
 1       A    The next time it would have been later,

 2 later on, you know, just close to in DC General,

 3 you know.   In the pharmacy he would, you know, when

 4 we're working he would always be looking at me,

 5 staring at me, you know, in a way that I was just

 6 so uncomfortable working.   He was looking at me,

 7 staring at me, you know, making comments, you know,

 8 when I'm taking my break.   I want to take a private

 9 break.  He be like, why don't you -- why don't we

10 eat together.   And I always like to take a private

11 break to get away from all the harassment.   He was

12 looking at me, staring at me, just making me

13 uncomfortable.   I mean I'm not so sure if it was

14 about the harassment or if it was about work or

15 what; I wasn't even sure.   I mean the whole time

16 gazing, looking, staring, walking, you know, asking

17 you questions.

18       Q    Do you remember my question?

19       A    You asked me that when is the next time

20 he touched me?

21       Q    Yeah.   Have you answered that question?

22       A    I said -- it's way far ahead.
```

Helen Akonji

Page 66

1        Q       Well -- all right.  My **question is when**

2  **is the next time he touched you.**

3        A       I --

4        Q       **Can you answer that?**

5        A       Yes, I can answer that.

6        Q       **Would you answer that. please.**

7        A       At the Walker-Jones Clinic --

8  Walker-Jones Clinic.

9        Q       **Okay.  Walker-Jones Clinic.**

10       A       That's correct.

11       Q       **And when?**

12       A       During my evaluation.

13       Q       **Okay.  what time would that have been?**

14       A       That was maybe towards the end of 2004.

15       Q       **End of 2004?**

16       A       Yeah-  At about when -- about when **I** had

17  the termination.  When --

18       Q       **Okay.  Well, you were tterminated in**

19  **February of 2004?**

20       A       February.  So it would be around --

21  around, you know, around when they did my

22  evaluation. when he came to do my evaluation, the

Helen Akonji

Page 67

1 last evaluation he did for me, that he -- that

2 he -- so I'm not so sure when he did my last

3 evaluation but when he came to do my last

4 evaluation.

5        Q    I just said that you were terminated at

6 the end of February in 2004?

7        A    So it would've been some time --

8        Q    And I don't believe that's correct.  I

9 think it was -- I want to say it was March.  But

10 anyway, the end of 2004 I know you were already --

11       A    Out, yes.

12       Q    Out.  Okay.  So --

13       A    Yes, that's correct.  So it must have

14 been 2003, sometimes in the middle of the year.

15       Q    Okay.  So sometime in the end two

16 thou -- middle of the year?

17       A    When -- you know, it's when he did my

18 evaluation, and that time period, I think that they

19 have the record of it.

20       Q    Okay.  So this was during the actual

21 meeting to discuss your evaluation?

22       A    That's correct, yes.

Helen Akonji

Page 68

1       Q    Okay.  And that was just between you and

2 Mr. Nwokorie?

3       A    That's correct.

4       Q    All right-  So just that so we're clear

5 on this, the second half of 2002, meaning June to

6 December of 2002, he didn't touch you?

7       A    He was -- there was a lot of hostility

8 at the pharmacy.

9       Q    You're going to have to answer my

10 questions or we're going to be here for two days.

11      A    Okay.

12      Q    Are we okay on that?

13      A    We're okay on that.

14      Q    All right.  You're going to have to

15 listen to my question and you're going to have to

16 answer that question.  I don't want to hear

17 anything except the answer to my question.  You're

18 doing a lot of talking that is not answering my

19 question, and you're repeating yourself about a lot

20 of stuff that is not what I'm asking; and the only

21 problem I have with that, I'm happy to hear you,

22 but it means that you're going to be here all day.

Helen Akonji

Page 69

1 tomorrow too.  And we are trying to avoid that.

2     A     Okay.

3     Q     I'm happy to be here all day tomorrow; I
4 get paid to do this.

5     A     Okay.

6     Q     Okay.

7     A     Okay.

8     Q     Now, my question is, the second half of
9 2002, June to December, he did not touch you.
10 Mr. Nwokorie?

11     A     That's correct.

12     Q     That's correct.

13     A     Right.  That's correct.

14     Q     All of 2000 and -- well, the first half
15 of 2003, he did not touch you?

16     A     That's correct.

17     Q     Okay.  So --

18     A     From June, correct.

19     Q     Okay.  Then there's a meeting to discuss
20 your evaluation sometime in 2003?

21     A     That's correct.

22     Q     And he did touch you?

Helen Akonji

Page 70

1       A     That's correct.

2       Q     Okay.  And no one else was around?

3       A     No, he did evaluation privately,

4 personally.  So --

5       Q     Okay.  Can you describe how he touched

6 you?

7       A     When he came, went in the backroom of

8 the Walker-Jones Clinic, so he did. my evaluation

9 and he told me, oh, Helen, and he was rubbing -- he

10 was rubbing my leg and said, Helen, you know, I

11 don't have any problems with you.  You seem to

12 think I have problems with you.  I don't have any

13 problems with you.  As a matter of fact, your

14 evaluation is okay, and Libbi wants to work with

15 you, and he was talking and rubbing my leg, and I

16 kind of pushed his hand away.  And he said prior,

17 I'm going to leave you at this clinic because you

18 are doing fine.

19      Q     Were you seated at the time?

20      A     I was sitting down in the backroom.

21      Q     Okay.  Was lie seated next to you?

22      A     Yes.

Helen Akonji

Page 71

1    Q    **Was there a table in front of you?**

2    A    I don't know.  There were some chairs

3 back there.  Something like that.

4    Q    **Did he** --

5    A    There must have been because he was, you

6 know, he was writing, you know, doing the

7 evaluation,• he was writing.

8    Q    **So you were sitting on the same side of**

9 **the table?**

10    A    We're sitting -- just a small room like

11 this.  We']*co* sitting close to each other and

12 he's -- maybe he was writing, you know, flipping

13 the papers.  Flipping the papers.

14    Q    **But he had the papers out in front of**

15 **him?**

16    A    That's correct.

17    Q    **Okay.  And where was he rubbing your**

18 **leg?**

19    A    On my lap.  (Witness is indicating.)

20    Q    **Okay.  How close to the top of your**

21 **thigh; all the way up?**

22    A    Right here. No, right --

Helen Akonji

Page 72

1       Q      All the way up by your hip?

2       A      Right -- right here by my hip.  Right

3 here.

4       Q      Okay.  Was he rubbing toward between

5 your legs?

6       A      No, he was just rubbing on this leg,

7 just rubbing like this.

8       Q      The outside of your leg?

9       A      The top of the leg when you sitting.

10      Q      The top of the leg?

11      A      Yes.

12      Q      Okay.  And how long did he do that?

13      A      He did that for a few minutes.

14      Q      A few minutes?

15      A      I mean -- not -- you know, just about a

16 minute or so.

17      Q      A minute or so?

18      A      A minute or less, you know, minute or

19 less.

20      Q      Okay.  Five seconds?

21      A      Just a few, you know, no, just --

22      Q      How long did it take you to tell him to

Helen Akonji

Page 73

1 stop?

2     A    No, I just kind of like pushed it out.

3 I didn't say stop; I just pushed it out just to be

4 courteous-  I kind of like --

5     Q    But you let him do it for something less

6 than a minute before - -

7     A    No, when he does this and then you take

8 time to push it, a couple of seconds -- I kind of

9 like pushed his hand away.

10     Q    I don't know whether we're having a time

11 problem here or not, but if somebody starts rubbing

12 my leg and I don't want them to do it and I push

13 their hand away, it's not going to take me a minute

14 to do that?

15     A    Okay, I said a couple of seconds to a

16 minute.  You know, I mean you're not timing those

17 things sometimes, you know that, and you're under

18 tension so you're not looking at the time.

19     Q    Well --

20     A    You know.

21     Q    Your testimony here today is under oath,

22 and if you say something takes three minutes or two

Helen  Akonji

Page 74

1 minutes, all right, then that's your testimony.

2 And if that simply doesn't make any sense, then

3 people are going to have to have a problem with

4 that.  That's all I'm telling you.

5        A    Okay.

6        Q    Okay.  And if you say that you didn't

7 want him rubbing your leg, but you waited a minute

8 before you pushed his hand away --

9        A    I said. --

10       Q    I just want to know that that's your

11 testimony.

12       A    Oh, okay.  A few seconds.

13       Q    A few seconds?

14       A    Yes.

15       Q    Okay.  Five seconds?

16       A    About, you know, five, ten seconds

17 maybe.

18       Q    Ten seconds?

19       A    Five, ten seconds.

20       Q    Okay.  All right.  If you could just

21 start rubbing your leg, I'm going to count slowly

22 to 10.  One, two, three, four --

Helen Akonji

Page 75

1       A    And I pushed his hand away.

2       Q    **At the four -- four-second mark?**

3       A    Okay.  Yes.

4       Q    **Okay.  All right.  You didn't just**

5  **immediately push?**

6       A    I didn't, no.  I don't do that.  I just

7  tried to, you know, just kind of like, you know --

8  because sometimes you don't know if it is a

9  friendly touch or what or what, so when I realized

10  he was doing it inappropriately I just pushed him

11  away.

12      Q    **Okay.  But just doing it right now it**

13  **looked -- you sort of automatically at the**

14  **four-second mark said that's --**

15      A    Yeah, cause I don't want, you know.

16      Q    **Okay.**

17      A    I'm not interested in that.

18      Q    **All right.  After that meeting to**

19  **discuss your evaluation, did Mr. Nwokorie ever**

20  **touch you again?**

21      A    No.  After that he only came to the --

22  clinic once again during my break, surprisingly.

Helen Akonji

Page 76

1 He came, you know, I was on break and he, you know.

2 for some reason he stayed in the pharmacy the whole

3 meeting so he didn't have -- no, he didn't after

4 that, no.

5        Q    Okay.  So during your entire time at

6 Unity there were only three times that he touched

7 you; is that correct?

8        A    That he really grabbed and touched me.

9 yes, and at the DC General location, too, where he

10 tried to kiss me when I came out of the parking

11 lot.

12        Q    Okay, so that's?

13        A    Four.

14        Q    Four times?

15        A    That's correct.

16        Q    All right.  Were there any other times

17 that he touched you ever, in any way?

18        A    No.

19        Q    Okay.  Were there any times that he said

20 anything to you that you -- you felt made you

21 uncomfortable because of their sexual nature?

22        A    Yeah, a lot of times.

Helen Akonji

Page 77

1      Q    Okay.  Can you tell me when he first

2 started doing that, and we'll walk through those.

3      A    Okay.

4      Q    When did -- when was the first thing

5 that he said -- I know you talked about at your

6 interview that he said --

7      A    Yeah.

8      Q    -- that you were attractive?

9      A    Okay.

10      Q    Okay.  Let's -- what was the next time

11 after that?

12      A    The next time that he said he was going

13 to move me to DC General where I would be close to

14 him.

15      Q    Okay.

16      A    And where we can, you know, we can work

17 together.

18           While at DC General, he called me to the

19 office, in the course of work, you know, and

20 abruptly to come to the office and tells me that he

21 thought he hired me so we could work together but

22 I'm not working with him.  I'm conniving instead

Helen Akonji

1 against him. And that he was going to make me his

2 assistant. Now he's embarrassed; he doesn't want

3 no one to tell the authorities because I'm not

4 working with him. Because at the same time that he

5 was sexually harassing me, he had a group of

6 employees that he was also mistreating. And I was

7 not okay with what was he was doing. I didn't, you

8 know, I wasn't a participant. He had a group of

9 employees that he was not treating right. And they

10 seemed not to be happy with his manner of treatment

11 that was given to them, and I didn't seem to be

12 with him on the same note.

13         And he had called me and cautioned me,

14 tried to tell me exactly what those employees are

15 and -- and what I need to do to them because they

16 are very hard for him to handle. And he told me

17 that I'm conniving, I'm not working with him, I'm

18 also only cooperating with those employees. He

19 thought he hired me to work with him. I'm working

20 with him. He has a meeting that he's going to go

21 up in June or July. He was interested in going to

22 the meeting with me and he was going to inform the

Helen Akonji

Page 79

1 authorities that he would like to go travel on the

2 meeting with me.  And at that time I told him that,

3 no, I don't want to travel out for any meeting.  So

4 when I appear, he got a little more hostile with me

5 and came back.  At the end of that week or the

6 following week called me to his office and I went

7 there again, and he told me that, well, now that I

8 have refused, I'm not -- I've refused working with

9 him in what capacity, he's talking about me, it was

10 in terms of me not giving in to his advances, he

11 wants back the money.

12        Q    How much, money had he given you?

13        A    $500.

14        Q    Did you give him back the money?

15        A    Yes, I did.

16        Q    Right then?

17        A    I went -- I think I give him the

18 following day when I got cash and give him back.

19 So he gave me cash and I'm going to give him back

20 cash.

21        Q    And -- okay.  What was the next occasion

22 where he said something that made you uncomfortable

Helen  Akonji

Page 80

1 because of its sexual nature?

2      A    After that incident he started torturing

3 me.  He started mistreating me.  Right after that

4 incidence where I refused to travel with him and

5 asked about his money.  The next time I saw he

6 started mistreating me and doing a lot of things to

7 me that were very torturing.

8      Q    Okay.  Can you tell me what they were?

9      A    Yeah.  He was -- you know, his manner of

10 approach to me was very hostile even at the

11 pharmacy.  He called the police on me.  That I

12 was -- they have some missing and miscounted

13 narcotics.  He called the police on me that I

14 had -- that the entry or whatever, that I had

15 stolen some narcotics, about a hundred tab -- or

16 200 tablets of Percocet.  And he had gone over the

17 other pharmacists that the police are going to

18 handcuff me, I'm going to be in jail, and I will

19 lose my license.  And those technicians called me

20 and told me the police are here.  Roderick has

21 called them saying that you have stolen narcotics

22 and that you going to end up in jail and lose your

Helen Akonji

Page 81

1 license.  I immediately called the head office.

2      Q    Have you ever taken any narcotics from a

3 pharmacy that you weren't permitted to take?

4      A    Never.

5      Q    Have you ever been accused by anyone of

6 doing that?

7      A    Never.

8      Q    Have you ever sold any narcotics?

9      A    Never.

10      Q    Do you understand that the pharmacist is

11 obligated to keep track of the inventory of what

12 controlled dangerous substances are in the

13 pharmacy?

14      A    Yes, I do.

15      Q    Okay.  And you know how to do that?

16      A    Yes, I do.

17      Q    And did you always do that when you were

18 at Unity?

19      A    Yes, I did.

20           If you would permit me to say something

21 outside of that.  We were two or three of us,

22 including him, that kept control of the narcotics.