UNITVHeflLTHCflR€.INC.
Office Of Human Resources
3020 14th Street; N.LU.
Washington, DC 200Q9

May 7, 2002

Mr. Roderick Nwokorie
12908 Cambleton Dr.
Upper Marlboro, MD 20774

Dear Mr. Nwokorie:

This is a Notice of Final Decision in follow up to a proposal that I received to issue a Written Reprimand to you for inappropriate conduct towards your subordinates.

After an evaluation of the facts, which included a discussion with all of the employees of DC General Pharmacy and yourself, I conclude that there was sufficient evidence to warrant the Written Reprimand for your behavior. The details in support of this action are as follows:

Cause 1

The Human Resources Department received a letter of complaint, from an anonymous source, about unfair treatment, threats, and biased treatment that they had received from you. A subsequent meeting with the staff of the DC Genera! Pharmacy revealed three employees who gave testimonies that were almost identical to those spelled out in the letter of complaint. They cited examples of how you would yell at them in front of patients and employees, threaten their employment if they contacted the administrative offices to complain, and talk to them in ways that they felt were disrespectful and inappropriate. The fact that the employees had no prior warning that we were coming to investigate and thus were not in a position to unduly influence each other is extremely telling given the high degree of similarity in their testimonies.

I reviewed all of the documentation submitted and concluded that there is grounds for your receipt of a Written Reprimand for inappropriate behavior towards your subordinates. U.H.C. is entitled to expect its employees to respect its rules and regulations that enable U.H.C. to maintain a comfortable and productive work environment. Furthermore, all employees are entitled to a work environment that is respectful, comfortable and supportive. Violation of this entitlement results in low employee morale, poor customer service and excessive absenteeism. The fact that three of the interviewed employees stated the

UNITY-0116

identical concerns about your communication, is also extremely troubling. In this light, the following requirements are made of you:

1) That you refrain from any communication with employees that can be construed as threatening, inappropriate or intimidating.

2) That you attend a Management Training course (see attached).

Based on the foregoing, it has been determined that you receive this Written Reprimand that will become a part of your Official Personnel File for two (2) years. If you feel that you have been unfairly disciplined in this matter, you may appeal this disciplinary action within five (5) working days in writing to the Executive Director. All such appeals will be resolved in writing within five (5) days of the date of receipt of your written appeal. The Executive Director's decision, or that of his designee, in response to such an appeal is final.

Sincerely,

Dr. Antione D. Smith
Director of Human Resources
Unity Health Care, Inc.