C       C

| UNITY HEALTH CARE, INC. |
| --- |
| PERFORMANCE APPRAISAL |

Employee Name: AKONJI HELEN          Site/Dept: UNITY HEALTHCARE PHARMACY AT DC GENERAL

Job Title: STAFF PHARMACIST          Date of Review: 5/20/02

Supervisor: RODERICK NWOKORIE        Reviewer: RODERICK NWOKORIE

**Type of Review:**       Annual        Interim        (Probationary)

## PART I  EVALUATION

Instructions for rater: This evaluation emphasizes work output. Using the attached "rating matrix" for each area and rating level, mark the appropriate blank with the corresponding rating value denoting the appraisers performance. Ratings of "Unacceptable" or "Superior" require specific, expanded comment ia the appropriate sections (i.e., Part II, Part III). Once completed, the evaluation is to be reviewed with the appraises; signed by both the appraisee and the appraiser; a signed copy is to be given to the employee; and the original, forwarded to Human Resources to be placed in the employee's file.

A) WORK STANDARDS *(Please use the following rating scale.)*

1=UNACCEPTABLE   2=FAIR   3=SATtSFACTORY   4=GOOD   5=SUPERIOR   6=NOT OBSERVED   7=NOT APPLICABLE

1. QUALITY                    3
2. PRODUCTIVITY               2
3. ACCURACY                   3
4. JOB KNOWLEDGE              3
5. TEAM INFLUENCE             3
6. PATIENT/CUENT RELATIONS    3
7. LEADERSHIP                 3
8. COMMUNICATION              3

UNITY-0081

PA.IRTH

Instructions for rater: Summarize the employee's personal strengths and performance improvement goals. List speciGc training and development plans to assist the employee's professional growth. List specific goals to be accomplished during tbe next period of review.

**Major Strong Points** (Please be specific, citing examples where possible).

*Employee has good clinical skills which can be an asset to the organization but has to show responsibility, dependability and interest in her job.*

Performance Improvement Goals (Please cite specific goals, attaching a corrective action enhancement form, if needed.)

*Employee must improve her attendance and punctuality. Letter of adv COAdv/ly, and advisement discussed and given to staff (on her frequent tardiness and absenteeism ICr^hl&yiJ:s Introductory Period extended fv another 90 days, and JAJUL be re-evaluated for improvement. ij&bt&yte-* AA/^V A^£~ h^ UA^JZ<UA for leave but under exceptional circumstance. Take unpaid sick*

**EMPLOYEE'S COMMENT**

PART III

UNITY-0082