5/24/02

Michelle,

Please find the attached evaluation and memo to Helen Akonji- a staff pharmacist.
Her probationary evaluation was almost unsatisfactory because of her very poor attendance record while on probation, but due to her hard-to-fill position of staff pharmacist, I have recommended another 90 days of probation.
I have counseled her verbally and in writing and will re-evaluated her after 90 days.
I sought the advise of Dr. Smith; the director of Human Resources on this.
Please review and sign accordingly. Please send me a copy of the signed evaluation and forward original copies to HR for her official folder.
Thanks,
Roderick

UNITY-0080