

From; Dr. Helene Akonji
Pharmacy Staff

To: Mr. Mr.Vince Kean:  CEO:Unity HealthCare

Subject: Frequent relocation

Date: 03-19-03

Dear Sir,
    This is my second desperate attempt to express my concerns about Roderick's unprofessional attitude towards me.lt is in three folds,Discrimination,sexual harrassment,and also making the work environment uncomfortable for me. I here attach a copy of my first write up concerning his unprofessional attitude towards me.
    Mr. Roderick the Pharmacy Director has discriminatively relocated me five times within a calender year.Attached is my first letter to the company addressing this matter.

I have been assigned as follows within the past one year:

    -Feb 6th 2002 to April 7th**1 2002 :Anacostia Pharmacy
    -April 8th to June 12th 2002: Dc General Pharmacy
    -June 12* to December 11th: Congress Heights Pharmacy
    -December 16th 2002 to march 13th 2003: upper cardozo pharmacy
    -March 17th 2003 to present; Walker Jones Pharmacy

    At this point in time I do not wish to be relocated any more for reasons previously expressed in the last letter. Attached is the letter he gave to me on Friday 13*a march 2003 stating I am being relocated to walker Jones effective Monday 17*1 march 2003, asking why I should be the only one relocated and not any other pharmacist or even the Pharmacist taking my position he replied by citing the companies policy of reassignment every time there is a need. At this time I begin to question if the policy was meant to be used as a discriminative tool for superiors to get back to their subordinates.I believe he is discriminating against me because if the reasons he has been giving as to why he has been relocating me are true,then as many times as I have been relocated other pharmacist since their assignment with Unity who have never been relocated would have had the same fade in order to let all the pharmacist take turns.
    I have increasingly been discriminated upon and abused under the pretends of company policy,as I have been assigned to areas of high prescription voiume.DC General,Upper Cardozo as high volume was anticipated,and Walker Jones Pharmacy as you all will agree are all sites with highest prescription volume.Roderick had choosed to assign me to these sites each time there is a need..It is the even more surprising that as much as I am needed and work so hard using my skills in the capacity of a clinical pharmacist Pharmacy Doctor,Roderick has made every effort to down play this vital role which I have played in the company.Roderick has tried to divert the attention towards other unrelated and unfounded issues about me.Pharmacy being a noble profession in

C&n\pla.in j- — 1



which pharmacist are highly respected,and are given the choice to be stationed in a permanent location where they can function best,as roost pharmacist have been with in the company,Roderick has shown no such respect to me but instead much disrespect by tossing me around the company as if I were a desk clerk.

I believe Roderick is using this strategy in order to frustrate me to a point of resignation. 1 say so because, he had once told me he would do the same to a technician whom he disliked in order for her to leave,however I advised the lady not to leave.

Again on Friday the 13th of March 2003 he gave me two false write ups allegations on keys and control substance which he refused to take an initial count on with me. As a result, he used his powers as my superior to put me on three months probation.

Prior to my going on leave he had turned down two leave request which I clearly told him I needed to go take care of my mother who had a breast tumor. On Friday he attempted to question the authenticity and validity of the leave approval I got from the Human Resource Department.

On June 10th 2002 an investigation,coupled with a meeting held at Dc general in connection with Roderick's discriminative attitude towards four pharmacy staff as he favored one, I was asked to express my view about the situation. I stood strongly against any act of discrimination that he exhibited towards them. The team,lead by Michelle Madison, then took the necessary decision to resolve this matter. Certainly with the hidden hared for me as a result of my support to the staff instead of him,he within the next two days connived with another pharmacist and ruthlessly menaced me including verbal abuse.I called the Main office, and the investigation team which had promised they will grant me protection if he attempted to mistreat me,asked that I should be transferred away from him Xater the next day, I was moved to Congress Heights Pharmacy for protection, and the team asked me to report to Mr. James St. Amant for any official matters.

Sir,my worry now is, what has happened to the protection you gave me by asking me to report to Mr. Amant. This is because Roderick has suddenly seized the opportunity again and is victimizing me.

Sir, since after this incident Roderick has sought every opportunity including false reports, biased evaluations and setting me up and putting me on probation at will as an attempt *to get* rid of me.He has put me on probation at will.One time when I expressed my dislike of being relocation to Dc General ,he advised me that ifI *do* not like the job he would give me a good report to help me get a new job.

After this incident at Dc General, he once called the police on me after I had left, on missing narcotics Which he and another Pharmacist collaborated and got rid of as they were the only two people who could open the safe, and close the pharmacy at the end of business. He did this Stating"this is good because she will loose her License and be put in jail".

He also during this same incident falsely linked me with missing keys that I returned to the safe.He connived with the pharmacist who opened the safe as they both

Complaint -2



latter on Got rid of the keys just to implicate me. And after gave me a false evaluation proceeded by a probationary period of three months.

when Roderick had hired me he had actually watched me work on two occasions at Dc General since I came in through the agency. At one point, he said I was a beautiful, attractive intelligent and hard working lady he would like to work with, when I was moved tot Anacostia pharmacy he would frequently stop during my break time stating,"! just wanted to see how I you are doing, and to see your beautiful face". When leaving He will try to kiss me and I will withdraw from him. Reacting, he will say "just give me a hug, it is just a hug, it will not hurt you".

When, my pay check was late he offered me money but I declined the first time stating I will wait for my pay check. I refused firstly because I could support that period, and secondly because I felt it was a way to lure me in to a relationship. When the second pay period came and I had no pay check he again offered me money. Because of my financial hardship I took the money and he told me I could pay it back at anytime. To continue his advances he relocated me to Dc general Pharmacy stating that part of the reason is because he wanted me to be closer to him. When I expressed my dislike for transfer he told me he will be moving to a new office, and will create a position for me, and I will use part of his office as mine, this alleged position never came once he realized I was not interested in having an affair with him. Not only did the alleged position not come, he proceeded to ask his, money he said I could pay at any time. All of these coupled with the incident he had with the four staff members he went ahead to write false evaluation about me stating I am not a good pharmacist. He even told me in his office he is disappointed with my work performance, and that he said this to the person, from the main office who was supposed to open a clinical workshop, which I was going to manage when this man asked of me.

Because of this bad fate, intransigence, discriminative, manipulative and harassment exhibited by Roderick, the work environment becomes uncomfortable for me, for I have to constantly watch my back for him as supposed to focusing on patient care, which is the reason why I am there

With all of these I believe rational judgment will question how I am able to keep working in this kind of an enviroment. I am traumatized emotionally, physically, and psychologically, and will be most grateful if this matter can be looked into seriously and promptly.

Cc:
    Jose Aponte; Acting Director of Human Resources
    Zerita Hudson: Chief program officer
    Michelle Madison:
    James St. Amant: Director of clinical haelth services upper cardozo
    Marsha Mcintyre: assistant Director of Human Resources


        Your's sincerely,
                Helene Akonji Pharm.D.


*Complaint - 2*