**UNITY HEALTH CARE**

3020 14th Strert N.W., Washington, DC 20009

www.umryhealthcare.org

April 8, 2003

Ms. Helene .Vkonji
3565 Fort Meade Rd #418
Laurel, Maryland 20724

Dear Ms. Akonji:

    I am submitting this letter to you in follow-up to the letters of complaint that you submitted. The letters alleged that you had received discourteous and discriminatory treatment from a Unity Health Care Manager. An investigation was conducted to verify the claims that you made. As I stated to you during the investigation, Human Resources takes all such allegations extremely seriously and strives to gather all relevant facts. Once an investigation is complete, Human Resources then takes any appropriate actions to fairly and consistently address any violations to UHC's policies and procedures. Furthermore, I informed you on our meeting that because of confidentiality, you would not be made aware of the nature of any corrective action that we may take. Human Resources investigation is now completed.

    If I can be of any further assistance, please contact me directly at (202) 518-6435.

Sincerely,

Jose Aponte,
Interim Director
Human Resources

*Response to Complaints -1* (handwritten)