

# W_GNITY
## HEALTHCARE
*We treat you well*

Received
OCT 22 2003
Human Resources

# PERFORMANCE EVALUATION

Employee Name: __AKONJI__  ftELSb/Site/Dept: __WALKER JONES PHARMAC__

Job Title: __^7-AFF PHARMACIST__  Date: of Review: __7/9/03__

Supervisor: __RODERICK NWOKORIE__  Reviewer: _____

Type of Review:   (Annual)     Interim     Probationary

## PARTI  EVALUATION

Instructions for rater; This evaluation emphasizes work output. Using the attached "rating matrix" for each are and rating level, mark the appropriate blank with tbe corresponding rating value denoting the appraisee's performance. Ratings of "Unacceptable" or "Superior" require specific, expanded comment in the appropriate sections (te., Part H, Part ID). Once completed, the evaluation is to be reviewed with the appraisee; signed by be the appraisee and the appraiser; a signed copy is to be given to the employee; and the original, forwarded *to* Human Resources to be placed in the employee's file.

A) WORK STANDARDS *(Please use (he following rating scale.)*

1=UNACCEPTABLE   2=FA!R   3=SATTSFACTORY   4=GOOD   5=SUP£R1OR   6=NO7 OBSERVED   7=NOT APPLICABLE

1. QUALITY                3

2. PRODUCTIVITY           LJ*

3. ACCURACY               3

4. JOB KNOWUSDGE          *-/*"

5. TEAM INFLUENCE         "3

6. PATIENT/CLIENT RELATIONS   4

7. LEADERSHIP             3

8. COMMUNICATION          5

LMTY-0059



C

B) <u>WORK HABITS</u> (Please ose the following rating scale.)

1=UNACCEPTABLE   2=FAIR   3=SATKFACTORY   *=GOOD   5=SUPERIOR   6=NOT OBSERVED   7=NOT APPLICABLE

    9. DEPENDABILITY    3

    10. FLEXIBILITY    *3*

    11. PROMPTNESS OF WORK    3

    12. ATTENDANCE    "5-

C\ <u>WORK EFFECTIVENESS</u> (Please use the following rating scale.)

1=UNACC£PTABLE   2=FAIB   ^^SATISFACTORY   4=GOOD   S=SUPERK>R   S=NOT OBSERVED   7=NOT APPUCABLE

    13. RESPONSIBILITY    3

    14. INITIATIVE    4

    15. PERSEVERANCE    4

    16-INTEREST/CREATIVTrY    'f'

    17. JUDGEMENT    3

D) <u>OVERALL EVALUATION</u> (Please use the following rating scale.)

^UNACCEPTABLE   2=FAIR   3=SATISFACTOBY   *=GOOD   5=SUPERIOR   6=NOT OBSERVED   7=NOT APPUCABLE

How does this employee's overall job performance rate given the duties and responsibilities detailed in the job description for his/her position?

**3**

How does this employee's performance rate in comparison to other employees with the same duties and responsibilities?

3

How well does this employee rate in retrospect to accomplishing goals previously set?

**7**




## RATING SUPERVISOR'S COMMENT

PARTH

Instructions for rater: Summarize the employee's personal strengths and performance improvement goals, list specific training and development plans to assist the employee's professional growth. List specific goals to be accomplished during the next period of review.

Major Strong Points (Please be specific, citing examples where possible)

- Demonstrates very good communication skills
- Has good job knowledge

Performance Improvement Goals (Please cite specific goals, attaching a corrective action enhancement form, if needed.)

While Helen has some marked improvements in her overall work habits, some of the specific improvement goals to be accomplished during the next rating/review period include: —
- Attendance and punctuality
- Use of sound judgement in operational issues
- Accept within normal scope of job and exemplary leadership roles to subordinates.

UMITY-0061

| EMPLOYEE'S COMMENT |
|---|

PART HI: I am not quiet satisfied, my evaluation Though ur does show an improvement over the pass evaluations it does not truely acknowl- my professional Input and Impact I have had on the Company. I strongly believe there is still a [sense] of unfairness in my evaluation as I compare n work input and impact with my fellow co-

| ACKNOWLEDGMEM'S |
|---|

PART IV: I believe I am a good clinician, leader as with an a doctor of pharmacy with a [show it all] fairness ___ at this job. Please could revaluation a this is not a tru evaluation of m professional abiLe experience, I have d professional abilit

The contents of this form have been reviewed with me. I understand that this form may be used by the organization in connection with salary administration, development and placement activities, and decisions regarding my continued employment

Employee's Signature: Helene Akonji    Date: 9-11-0

Supervisor's Signature: [signature]    Date: 9/11/03

Clinic Administrator/Nursing Supervisor Date    Coordinator of Human Resources' Signature  10/25/_  Date

| EXECUTIVE LEVEL REVIEW |
|---|

COMMENTS:

_____

_____

Assoc Director for Admin's Signature    Date        Assoc Medical Director's Signature    Date

Executive Director's Signature    Date        Medical Director's Signature    Date

UMTY-0062