

**UNITY** 3020 Bdi Sc N.W. Washington. DC 20009
HEALTH CARE

wwTv.unityhealtiicare.org

Deiivered Via Courier     *Delivered 2/6/04 — JaH*

February 6, 2004

Helene Akonji
9737 Mount Pishah
#1410
Silver Spring, MD 21903

Dear Ms. Akonji:

After significant deliberation, the decision has been made to terminate your employment with Unity Health Care effective Friday, February 6, 2004. This decision was based on concerns regarding a lack of confidence in fulfilling all of the responsibilities for the position of Pharmacist.

Unity limits access to its facilities subsequent to an employee's termination and we must ask that you comply by not re-visiting the health center or any other place of business within Unity Health Care, Inc. unless you are specifically there to see a health care/social services provider to receive services.

You should return your employee identification card and any other U.H.C. property and equipment in your possession to the U.H.C. Human Resources Director located at 3020 14* St., NW.

We have enclosed your final paycheck that includes Administrative Leave through Friday, February 6, 2004. The COBRA notice is also enclosed.

I wish you well in all future endeavors.

Sincerely,

Barbara A. Hendricks
Director, Human Resources
Unity Health Care, Inc.

L'NITY-0028