

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Washington Field Office

uoo L street, N.W., sui?.- iv$
Washington, D.C. ^";05
{202)275-?J77
TTY (202)275-75!^

## EEOC INTAKE APPOINTMENT

| Name: *f QLg^£e-,-^  O^&omji* |
|---|

You are scheduled to have an intake interview with an investigator concerning the filing of a charge of employment discrimination as follows:

| Day: *f-n Ua-y,* | Date: *^"fqf,o¢* | Time: *1:30pm* |
|---|---|---|

**Bring with you the completed evidentiary questionnaire^) that we gave you; notes, documents, or letters that pertain to your claim; and names, addresses, and telephone numbers of witnesses who have information about the job discrimination you believe has occurred.**

Report on Time. The interview normally may take at least one and a-haif (1 1/2) hours. If you arrive niors than 15 minutes after the scheduled appointment without notifying us, your appointment time will probably have to be rescheduled.

*II* you **cannot keep your appointment, please call as soon as possible to cancel and reschedule.** Please dial (202) 275-7377 and speak with the Receptionist. Because we are so busy, the rescheduled appointment may be severai weeks after your original appointment. Rescheduling does not toll the 300 (or in some cases *180*) days in which you have to sign-off on a charge of discrimination. Thus, it is to your advantage to keep the original appointment whenever possible. **Appointments will be rescheduled oaiy ocee.** If you do not show after being rescheduled, you will be required to draft and submit your own charge and affidavit.

Your signature below indicates your receipt of this document. Please sign both forms.

| Signature: *l.J./ /.^  AiQ ^* | Date: *'2-///J-/&* |
|---|---|

*present ikisform to the Receptionist v/nen you arrive at our office for your second interview)*

E=GCFarm 5(5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA  [X] EEOC | 100-2004-00484 |

**D.C. Office Of Human Rights** and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| Ms. Helene A. Akonji | (301) 439-4168 | 11-16-1966 |

Street Address: 9737 Mount Pisgah Road, #1410, Silver Spring, MD 20903

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (if more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| UNITY HEALTHCARE | 201-500 | (202)354-1120 |

Street Address: @ Walker Jones Clinic, 1100 First Street, N.W., Washington, DC 20001

DISCRIMINATION BASED ON (Check appropriate box(es))

[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 02-06-2002   Latest: 02-06-2004
[ ] CONTINUING ACTION

THE PARTICULARS ARE (if additional paper is needed, attach extra sheet(s)):

I began my employment with Unity Healthcare on 2/6/02. My position was Pharmacist. My supervisor was Roderick Nwokorie, Director of Pharmacy Services.

Throughout my employment with Unity Healthcare, Mr. Nwokorie sexually harassed me which created a hostile working environment. I continuously rejected his advances and I reported the situation twice but the harassment did not cease.

I was also subjected to retaliation for denying his advances and for reporting the discrimination. Some of the retaliatory actions include being moved repeatedly from one Unity Healthcare site to another; receiving written disciplinary actions; being put on probation; receiving unfavorable evaluations; denied leave; and finally being terminated.

I believe that I have been discriminated against due to my gender, female, and subjected to retaliation, which is in violation of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

Apr 03, 2004
Date         Charging Party Signature

INFORMATION RELATED TO FILING SUIT
UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

PRIVATE SUIT RIGHTS -- Title VII of the Civil Rights Act, the **Americans with Disabilities Act** (ADA),
or the Age Discrimination in Employment Act (ADEA):

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge within 90 days of the date you receive this Notice. Therefore, you should keep a record of this date. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed within 90 days of the date this Notice was mailed to you (as indicated where the Notice is signed).

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is *not* enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where the relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

PRIVATE SUIT RIGHTS -- Equal Pay Act (EPA):

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: backpay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/96 to 12/1/96, you should file suit before 7/1/98 — not 12/1/98 — in order to recover unpaid wages due for July 1996. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice *and* within the 2- or 3-year EPA back pay recovery period.

ATTORNEY REPRESENTATION -- Title VII and the ADA:

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in *limited* circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do *not* relieve you of the requirement to bring suit within 90 days.

ATTORNEY REFERRAL AND EEOC ASSISTANCE -- All Statutes:

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, please make your review request within 6 months of this Notice (before filing suit, any request should be made within the same time frame).

IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.

EEOC Form 161-B (10/96)          U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To: Heicne Akonji  
9737 Moani Fssgah £<Ls SH20  
Silver Spring. MO 20903

From: U.S. Equal Employment Opportunity Commission  
Washington Field Office  
1400 L Street, N.W., Suite 200  
Washington, DC 20005

[ ]  *On behalf of persons aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 10G-200-G0484 | Janies Campbell, Enforcement Supervisor | 202-275-7377 |

*(See also the additional Information attached to this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA): This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice. Otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

- [X]   More than 180 days have passed since the filing of this charge.
- [ ]   Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.
- [X]   The EEOC is terminating its processing of this charge.
- [ ]   The EEOC will continue to process this charge.

Age Discrimination in Employment Act (ADEA): You may sue under the ADEA at any time 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

- [ ]   The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.
- [ ]   The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

Equal Pay Act (EPA): You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_____  
Dana Hutter, Acting Director

NOV 2 3 2004  
*(Date mailed)*

Enclosure(s)

cc:  Benjamin Hahn, Esq.  
Hahn Kyle & ??ah, LLP  
1657 S Street, Suite 1230  
Washington, DC