Page 1

1              UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF COLUMBIA

3      ---------------------------x

4      HELENE AKONJI,              :

5             Plaintiff            : Civil Action No.

6                                  : 05CV02101(JDB)

7      v.                          :

8                                  : PAGES 1 through 157

9      UNITY HEALTHCARE,           :

10            Defendant            :

11     ---------------------------x                  COPY

12

13

14              Deposition of Helene Akonji

15                    Washington, DC

16              Thursday, September 14, 2006

17

18

19

20

21     Reported by:  Joanne Liverani, RMR

22     JOB NO.   176668

Page 5

1       Thereupon,

2                    HELENE AKONJI,

3    the Plaintiff, called for examination by counsel for the

4    Defendant, and, after having been sworn by the Notary,

5    was examined and testified as follows:

6    EXAMINATION BY COUNSEL FOR THE DEFENDANT, UNITY

7    HEALTHCARE

8                    MR. HAHN:  Good morning.  My

9    name is Benjamin Hahn.  I'm a partner in Schnader

10   Harrison Segal & Lewis.  I represent Unity

11   Healthcare Inc. in the matter of Helene Akonji

12   versus Unity Healthcare Inc. pending in the United

13   States District Court for the District of Columbia.

14              We are here this morning for depositions

15   in this matter.  And present in the room are Helene

16   Akonji, the plaintiff, and Bryan Chapman, her

17   counsel, and with me to assist me in the deposition

18   is Roderick Nwokorie, who is the director of

19   pharm -- the director of pharmacy at Unity

20   Healthcare, Inc.

21              By agreement of counsel, I am going to

22   take Ms. Akonji's deposition this morning.  We are

Page 78

1  against him. And that he was going to make me his
2  assistant. Now he's embarrassed; he doesn't want
3  no one to tell the authorities because I'm not
4  working with him. Because at the same time that he
5  was sexually harassing me, he had a group of
6  employees that he was also mistreating. And I was
7  not okay with what was he was doing. I didn't, you
8  know, I wasn't a participant. He had a group of
9  employees that he was not treating right. And they
10 seemed not to be happy with his manner of treatment
11 that was given to them, and I didn't seem to be
12 with him on the same note.
13          And he had called me and cautioned me,
14 tried to tell me exactly what those employees are
15 and -- and what I need to do to them because they
16 are very hard for him to handle. And he told me
17 that I'm conniving, I'm not working with him, I'm
18 also only cooperating with those employees. He
19 thought he hired me to work with him. I'm working
20 with him. He has a meeting that he's going to go
21 up in June or July. He was interested in going to
22 the meeting with me and he was going to inform the

Page 79

1  authorities that he would like to go travel on the
2  meeting with me.  And at that time I told him that,
3  no, I don't want to travel out for any meeting.  So
4  when I appear, he got a little more hostile with me
5  and came back.  At the end of that week or the
6  following week called me to his office and I went
7  there again, and he told me that, well, now that I
8  have refused, I'm not -- I've refused working with
9  him in what capacity, he's talking about me, it was
10 in terms of me not giving in to his advances, he
11 wants back the money.
12         Q    How much money had he given you?
13         A    $500.
14         Q    Did you give him back the money?
15         A    Yes, I did.
16         Q    Right then?
17         A    I went -- I think I give him the
18 following day when I got cash and give him back.
19 So he gave me cash and I'm going to give him back
20 cash.
21         Q    And -- okay.  What was the next occasion
22 where he said something that made you uncomfortable

Page 83

1  ever tell you that there was a problem with you not
2  keeping the inventory properly?
3       A    Except him.
4       Q    He was the only one that told you that?
5       A    Yes.  In that case, in that situation,
6  yes.
7       Q    Okay.  Did you have any problems at
8  Unity with management other than Mr. Nwokorie?
9       A    No.
10      Q    No one ever --
11      A    No one.
12      Q    Okay.  Let's continue with the words or
13 things that he said to you that you -- made you
14 uncomfortable from a sexual standpoint.
15           Are you saying that after you refused to
16 travel with him to that meeting, the only things
17 that he did were that he was torturing you.
18      A    Yes.
19      Q    It wasn't that he was -- that he was
20 coming on to you or that --
21      A    No, it was -- he realized that I was not
22 giving in.