UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HELENE AKONJI**<br><br>    Plaintiff,<br><br>    v.<br><br>**UNITY HEALTH CARE, INC.,**<br>    Defendant. | Civil Action No.  05-2101 (JDB) |

## ORDER

Upon consideration of defendant's motion for summary judgment, the opposition and reply thereto, and the entire record herein, and for the reasons stated in the Memorandum Opinion issued on this date, it is this 24th day of April, 2007, hereby

**ORDERED** that defendant's motion is **GRANTED**; and it is further

**ORDERED** that judgment is entered for defendant.

**SO ORDERED**.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Dated:   April 24, 2007