IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HELENE AKONJI )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>UNITY HEALTH CARE, Inc. )<br>)<br>Defendant ) | Civil Action No. 05-cv-2101-JDB |

## BILL OF COSTS

Comes now Defendant Unity Health Care, the prevailing party in the above-captioned matter, by counsel, and states that costs totaling $995.50 have been incurred in said case which should be taxed solely against Plaintiff Helene Akonji. These costs are itemized as:

(1) The cost of the original and one copy of the Deposition of Plaintiff Helene Akonji - $905.20 (*See* Exhibit 1)

(2) The costs of copying the exhibits filed with the Clerk - $4.80 (*See* Exhibit 2)

(3) Other costs of copying - $85.50 (*See* Exhibit 3)

It is understood that the Clerk will tax costs only against those parties specifically named herein and in the amount which does not exceed either the specific sum claimed or the total allowable amount determined in accordance with Rule 54.1. The costs claimed as actual costs are the actual costs incurred. Sufficient documentation of actual costs incurred is attached. (*See* Exhibits 1-3.)

_____
Benjamin W. Hahn (Bar No. 446270)
SCHNADER HARRISON SEGAL & LEWIS LLP
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006
(202) 419-4200

## DECLARATION

I have read the foregoing Bill of Costs, and have reviewed the accompanying Exhibits, and I declare under the penalties of perjury that they are true and correct, to the best of my knowledge, information, and belief.

_____
Benjamin W. Hahn

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2007, the foregoing Defendant's Bill of Costs was served via first class U.S. Mail, postage prepaid upon the following person:

*Plaintiff by counsel*                           *Attorney for Defendant*

Bryan A. Chapman
601 Pennsylvania Ave, N.W.
Suite 900                                              _____
Washington, DC 20004                        Benjamin W. Hahn
                                                               SCHNADER HARRISON SEGAL & LEWIS