# ESQUIRE
### DEPOSITION SERVICES®
##### A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684                    176668        LIVEJ02
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014  Fax: (202)296-8652

To:

Schnader, Harrison, Segal & Lewis, LLP
2001 Pennsylvania Ave
Ste 300
Washington, DC 20006-1825

ATTN : BENJAMIN HAHN, ESQ.

| INVOICE NUMBER | DATE |
|---|---|
| 160418EDC | 09/29/06 |

12/01/06

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:

AKONJI V. UNITY HEALTHCARE

SERVICES PROVIDED ON 09/14/06:
HELENE AKONJI          1- 179   179 PGS                                 O+1

CONDENSED TRANSCRIPT-NO CHARGE
CD/ASCII DISK
E-transcript
ARCHIVING FEE
SHIPPING & HANDLING - UPS
Thank you

BALANCE DUE                          TOTAL      905.20    *Thank You!*

For Invoice Questions,
Please Call
(800) 441-3376

---

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 176668  TOT: $905.20
INVOICE #: 160418EDC
DATE: 12/01/06

Schnader, Harrison, Segal & Lewis, LLP
Attn: BENJAMIN HAHN, ESQ.
2001 Pennsylvania Ave
Ste 300
Washington, DC 20006-1825



# ESQUIRE
### DEPOSITION SERVICES®
##### A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY



# ESQUIRE
## DEPOSITION SERVICES®
### A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014  Fax: (202)296-8652

176668    LIVEJ02

To:

Schnader, Harrison, Segal & Lewis, LLP
2001 Pennsylvania Ave
Ste 300
Washington, DC 20006-1825

ATTN : BENJAMIN HAHN, ESQ.

| INVOICE NUMBER | DATE |
|---|---|
| 160705EDC | 10/16/06 |

12/01/06

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

**YOUR REFERENCE NUMBER:**

**CAPTION:**

AKONJI V. UNITY HEALTHCARE

SERVICES PROVIDED ON 09/14/06:
RODERICK NWOKORIE       1-  48    48 PGS                    1CC

CONDENSED TRANSCRIPT-NO CHARGE
E-TRANSCRIPT
THANK YOU

BALANCE DUE                              TOTAL      164.60   *Thank You!*

For Invoice Questions,
Please Call
(800) 441-3376

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**      JOB: 176668  TOT: $164.60
P.O Box 785751                            INVOICE #: 160705EDC
Philadelphia,PA 19178-5751                DATE: 12/01/06
Tax ID # 22-3779684

Schnader, Harrison, Segal & Lewis, LLP
Attn: BENJAMIN HAHN, ESQ.
2001 Pennsylvania Ave
Ste 300
Washington, DC 20006-1825



# ESQUIRE
## DEPOSITION SERVICES®
### A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

# Schnader Harrison Segal & Lewis LLP

2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006-1825
(202) 419-4200

AUSCO
200 East Randolph Street
17th Floor
Chicago, IL 60601

| | |
|---|---|
| Date | January 12, 2007 |
| Invoice Number | 2196629 |
| Client No | 3008525 |

For Professional Services Rendered through December 31, 2006

| Matter Number | Matter Name | Fee Amount | Cost Amount |
|---|---|---|---|
| 3008525-0003 | Akonji v. Unity Health Care | $ 3,420.00 | 1,508.80 |

| | | |
|---|---|---|
| Total Services | $ | 3,420.00 |
| Total Costs | | 1,508.80 |
| Total Services and Costs | $ | 4,928.80 |
| Total Due | $ | 4,928.80 |

**Due upon receipt**

**Please send payments by check to:**
SCHNADER HARRISON SEGAL & LEWIS LLP
P O BOX 8500-6030
PHILADELPHIA, PA 19178-6030
(Please reference client # and invoice# on check.)

**Please send payments by wire transfer to:**
WACHOVIA BANK
BROAD AND WALNUT STREETS
PHILADELPHIA, PA 19107
SWIFT CODE: PNBPUS33
ABA#: 031201467 ACCOUNT#: 2000049309139
(Please reference client# and invoice#.)

Federal tax identification number: 23-1383844

Please enclose the remittance copy of this invoice with your payment to ensure proper credit. Questions may be directed to our billing department at 215-751-2514. Note that payments received after the invoice date are not reflected.

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 12/04/06 | JO | Review Plaintiff's Motion; research applicable case law; draft Reply to Plaintiff's Motion in Opposition to Summary Judgment. | 7.20 |
| 12/04/06 | BWH | Review and revise reply memorandum. | 0.60 |
| 12/05/06 | JO | Review Plaintiff's Deposition and Opposition; edit, revise and file Reply to Plaintiff's Opposition. | 7.40 |

|  | | | | | |
|---|---|---|---|---|---|
| **Total Hours** | | | | | 15.20 |
| **Total Services** | | | | $ | 3,420.00 |

| Name | Hours | Rate | Value |
|------|-------|------|-------|
| Benjamin Hahn | 0.60 | 225.00 | 135.00 |
| Joleen Okun | 14.60 | 225.00 | 3,285.00 |
|  | 15.20 | $ | 3,420.00 |

Costs/Charges

| | |
|---|---|
| Lexis | 408.50 |
| Pacer Database | 30.50 |
| 12/12/06 Transcript - Esquire Deposition Services, LLC Transcript-Akonji v. Unity Healthcare | 905.20 |
| 12/12/06 Transcript - Esquire Deposition Services, LLC Transcript-Akonji v. Unity Healthcare | 164.60 |
| Subtotal Transcript | 1,069.80 |

| | | |
|---|---|---|
| **Total Costs** | $ | 1,508.80 |
| **Total Services and Costs** | $ | 4,928.80 |