**Schnader Harrison Segal & Lewis LLP**
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006-1825
(202) 419-4200

| | |
|---|---|
| AUSCO<br>200 East Randolph Street<br>17th Floor<br>Chicago, IL 60601 | Date         November 7, 2006<br>Invoice Number    2191490<br>Client No        3008525 |

For Professional Services Rendered through October 31, 2006

| Matter Number | Matter Name | Fee Amount | Cost Amount |
|---|---|---|---|
| 3008525-0003 | Akonji v. Unity Health Care | $ 7,050.00 | 46.40* |

| | |
|---|---|
| Total Services | $ 7,050.00 |
| Total Costs | 46.40 |
| Total Services and Costs | $ 7,096.40 |
| Total Due | $ 7,096.40 |

*$4.80 itemized as copying of exhibits filed with Clerk.

Due upon receipt

Please send payments by check to:
SCHNADER HARRISON SEGAL & LEWIS LLP
P O BOX 8500-6030
PHILADELPHIA, PA 19178-6030
(Please reference client # and invoice# on check.)

Please send payments by wire transfer to:
WACHOVIA BANK
BROAD AND WALNUT STREETS
PHILADELPHIA, PA 19107
SWIFT CODE: PNBPUS33
ABA#: 031201467  ACCOUNT#: 2000049309139
(Please reference client# and invoice#.)

Federal tax identification number: 23-1383844

Please enclose the remittance copy of this invoice with your payment to ensure proper credit. Questions may be directed to our billing department at 215-751-2514. Note that payments received after the invoice date are not reflected.

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/13/06 | MR | Work on production documents for depositions. | 2.50 |
| 09/19/06 | MR | Prepare documents for deposition. | 0.70 |
| 10/02/06 | JO | Reading Akonji's deposition. | 1.10 |
| 10/05/06 | JO | Edit Motion for Summary Judgment. | 0.20 |
| 10/06/06 | JO | Edit Motion for Summary Judgment; draft Motion for Summary Judgment, Proposed Order and accompanying exhibits. | 3.90 |
| 10/06/06 | BWH | Telephone call to Judge Alan Kay's chambers re scheduling of settlement conference; telephone conference with Brian Chapman; communication with Aaronissa Alleyne re mediation on November 9, 2006; attention to finalizing motion for summary judgment; declaration for Aaronissa Alleyne for same. | 1.30 |
| 10/09/06 | JO | Edit Motion for Summary Judgment; research case law; review plaintiff's deposition. | 7.50 |
| 10/09/06 | BWH | Revisions to summary judgment motion. | 1.00 |
| 10/10/06 | JO | Edit and prepare Motion for Summary Judgment and supporting documentation; final edits to Motion and compilation of exhibits. | 5.00 |
| 10/10/06 | BWH | Revise motion for summary judgment. | 1.80 |
| 10/11/06 | JO | Attention to exhibits and Motion for Summary Judgment. | 0.70 |
| 10/12/06 | JO | Attention to Motion for Summary Judgment and Declaration; final preparation for filing. | 1.30 |
| 10/12/06 | BWH | Mediation with Judge Alan Kay at United States District Court. | 3.50 |
| 10/13/06 | JO | Attention to Nwokorie's deposition; file Motion for Summary Judgment; attention to Motion for Summary Judgment. | 1.90 |

Total Hours 32.40
Total Services $ 7,050.00

| Name | Hours | Rate | Value |
|---|---|---|---|
| Benjamin Hahn | 7.60 | 225.00 | 1,710.00 |
| Joleen Okun | 21.60 | 225.00 | 4,860.00 |
| Michelle Rose | 3.20 | 150.00 | 480.00 |
|  | 32.40 |  | $ 7,050.00 |

Costs/Charges

Duplicating    36.40

10/12/06 Taxi - Petty Cash - i/c/w court appearance.    10.00
Subtotal Taxi    10.00

Total Costs    $    46.40

Total Services and Costs    $    7,096.40