**Schnader Harrison Segal & Lewis LLP**
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006-1825
(202) 419-4200

AUSCO
200 East Randolph Street
17th Floor
Chicago, IL 60601

Date           June 29, 2006
Invoice Number 2181671
Client No      3008525

For Professional Services Rendered through May 31, 2006

| Matter Number | Matter Name | Fee Amount | Cost Amount |
|---|---|---|---|
| 3008525-0003 | Akonji v. Unity Health Care | $ 249.00 | 12.10 |

Total Services                              $    249.00
Total Costs                                       12.10

Total Services and Costs                    $    261.10

Total Due                                   $    261.10

Due upon receipt

Please send payments by check to:
SCHNADER HARRISON SEGAL & LEWIS LLP
P O BOX 8500-6030
PHILADELPHIA, PA 19178-6030
(Please reference client # and invoice# on check.)

Please send payments by wire transfer to:
WACHOVIA BANK
BROAD AND WALNUT STREETS
PHILADELPHIA, PA 19107
SWIFT CODE: PNBPUS33
ABA#: 031201467 ACCOUNT#: 2000049309139
(Please reference client# and invoice#.)

Federal tax identification number: 23-1383844

Please enclose the remittance copy of this invoice with your payment to ensure proper credit. Questions may be directed to our billing department at 215-751-2514. Note that payments received after the invoice date are not reflected.

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/03/06 | BWH | E-mail correspondence with Bryan Chapman re: discovery; attention to initial disclosures; review Notice from Clerk re: Scheduling Order entered by the court. | 0.60 |
| 04/10/06 | BWH | Finalize initial disclosure and serve same. | 0.40 |
| 05/09/06 | AL | DC Code sections for Hahn | 0.20 |

|  | Total Hours |  |  | 1.20 |
|---|---|---|---|---|
|  | Total Services |  | $ | 249.00 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| Benjamin Hahn | 1.00 | 225.00 | 225.00 |
| Annemarie Lorenzen | 0.20 | 120.00 | 24.00 |
|  | 1.20 | $ | 249.00 |

Costs/Charges

| Duplicating | | 2.10 |
|---|---|---|
| 12/13/05 Taxi - Petty Cash - to U.S.D.C. for hearing. | 10.00 | |
| Subtotal Taxi | | 10.00 |

|  | Total Costs | $ | 12.10 |
|---|---|---|---|
|  | Total Services and Costs | $ | 261.10 |

**Schnader Harrison Segal & Lewis LLP**
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006-1825
(202) 419-4200

AUSCO
200 East Randolph Street
17th Floor
Chicago, IL 60601

Date: July 11, 2006
Invoice Number: 2182224
Client No: 3008525

For Professional Services Rendered through June 30, 2006

| Matter Number | Matter Name | Fee Amount | Cost Amount |
|---|---|---|---|
| 3008525-0003 | Akonji v. Unity Health Care | $ 435.00 | 3.36 |

| | |
|---|---|
| Total Services | $ 435.00 |
| Total Costs | 3.36 |
| Total Services and Costs | $ 438.36 |
| Total Due | $ 438.36 |

Due upon receipt

**Please send payments by check to:**
SCHNADER HARRISON SEGAL & LEWIS LLP
P O BOX 8500-6030
PHILADELPHIA, PA 19178-6030
(Please reference client # and invoice# on check.)

**Please send payments by wire transfer to:**
WACHOVIA BANK
BROAD AND WALNUT STREETS
PHILADELPHIA, PA 19107
SWIFT CODE: PNBPUS33
ABA#: 031201467 ACCOUNT#: 2000049309139
(Please reference client# and invoice#.)

Federal tax identification number: 23-1383844

Please enclose the remittance copy of this invoice with your payment to ensure proper credit. Questions may be directed to our billing department at 215-751-2514. Note that payments received after the invoice date are not reflected.

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/14/06 | BWH | Attention to response to plaintiff's requests. | 1.20 |
| 06/14/06 | MR | Prepare discovery requests; | 1.10 |

Total Hours 2.30
Total Services $ 435.00

| Name | Hours | Rate | Value |
|---|---|---|---|
| Benjamin Hahn | 1.20 | 225.00 | 270.00 |
| Michelle Rose | 1.10 | 150.00 | 165.00 |
|  | 2.30 |  | $ 435.00 |

Costs/Charges

Duplicating  3.36

Total Costs  $  3.36

Total Services and Costs  $  438.36

# Schnader Harrison Segal & Lewis LLP
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006-1825
(202) 419-4200

AUSCO
200 East Randolph Street
17th Floor
Chicago, IL 60601

Date            October 9, 2006
Invoice Number  2189195
Client No       3008525

For Professional Services Rendered through September 30, 2006

| Matter Number | Matter Name | Fee Amount | Cost Amount |
|---|---|---|---|
| 3008525-0003 | Akonji v. Unity Health Care | $ 11,205.00 | 48.44 |

Total Services                             $ 11,205.00
Total Costs                                     48.44

Total Services and Costs                   $ 11,253.44

Total Due                                  $ 11,253.44

Due upon receipt

Please send payments by check to:
SCHNADER HARRISON SEGAL & LEWIS LLP
P O BOX 8500-6030
PHILADELPHIA, PA 19178-6030
(Please reference client # and invoice# on check.)

Please send payments by wire transfer to:
WACHOVIA BANK
BROAD AND WALNUT STREETS
PHILADELPHIA, PA 19107
SWIFT CODE: PNBPUS33
ABA#: 031201467 ACCOUNT#: 2000049309139
(Please reference client# and invoice#.)

Federal tax identification number: 23-1383844

Please enclose the remittance copy of this invoice with your payment to ensure proper credit. Questions may be directed to our billing department at 215-751-2514. Note that payments received after the invoice date are not reflected.

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/01/06 | BWH | Finalize and send discovery responses to plaintiff's counsel. | 0.50 |
| 09/05/06 | BWH | Telephone conference with Aaronissa Alleyne re discovery. | 0.10 |
| 09/11/06 | BWH | Communications with Aaronissa Alleyne re depositions of Roderick Nwokorie and Helene Akonji. | 0.10 |
| 09/12/06 | BWH | Prepare protective order; send same to Brian Chapman; deposition preparation; review discovery responses from plaintiff and documents provided by same; email communications with Jose Aponte re investigative files. | 3.10 |
| 09/13/06 | BWH | Deposition preparation. | 0.50 |
| 09/14/06 | BWH | Depositions of Roderick Nwokorie and Helene Akonji. | 7.40 |
| 09/14/06 | MR | Conduct legal research on pacer. | 0.30 |
| 09/15/06 | JO | Meeting w/Ben Hahn to receive case materials and outline case progress. | 0.60 |
| 09/15/06 | BWH | Court appearance for status conference; attention to summary judgment motions. | 4.60 |
| 09/18/06 | JO | Reviewing case file and pleadings in anticipation of preparing a Motion to Dismiss. | 5.00 |
| 09/19/06 | JO | Outlining information to be included in Motion to Dismiss; drafting Motion to Dismiss. | 3.20 |
| 09/20/06 | JO | Meeting w/Ben Hahn re: Motion for Summary Judgment; drafting Motion for Summary Judgment and reviewing Complaint, Interrogatories, and pleadings file; researching applicable cases to cite in Motion for Summary Judgment. | 6.70 |
| 09/21/06 | JO | Drafting Motion for Summary Judgment, discussing case w/Ben Hahn, reviewing case law to be cited in Motion for Summary Judgment. | 8.70 |
| 09/22/06 | JO | Researching whether gender discrimination claim exceeds the statute of limitations; drafting Motion for Summary Judgment. | 7.10 |
| 09/22/06 | BWH | Attention to motion for summary judgment. | 1.10 |
| 09/25/06 | JO | Reviewing Supreme Court decision re: time-baring claims of discrimination, editing Motion for Summary Judgment. | 0.60 |
| 09/27/06 | JO | Reading plaintiff's deposition transcript. | 0.30 |

|  | Total Hours |  |  | 49.90 |
|---|---|---|---|---|
|  | Total Services |  | $ | 11,205.00 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| Benjamin Hahn | 17.40 | 225.00 | 3,915.00 |
| Joleen Okun | 32.20 | 225.00 | 7,245.00 |
| Michelle Rose | 0.30 | 150.00 | 45.00 |
|  | 49.90 |  | $ 11,205.00 |

Costs/Charges

| Duplicating | | 48.44 |
|---|---|---|
| | Total Costs $ | 48.44 |

|  |  |
|---|---|
| **Total Services and Costs** | $ __11,253.44__ |

**Schnader Harrison Segal & Lewis LLP**
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006-1825
(202) 419-4200

AUSCO
200 East Randolph Street
17th Floor
Chicago, IL 60601

Date             November 7, 2006
Invoice Number       2191490
Client No            3008525

For Professional Services Rendered through October 31, 2006

| Matter Number | Matter Name | Fee Amount | Cost Amount |
|---|---|---|---|
| 3008525-0003 | Akonji v. Unity Health Care | $ 7,050.00 | 46.40 * |

| | |
|---|---|
| Total Services | $ 7,050.00 |
| Total Costs | 46.40 |
| Total Services and Costs | $ 7,096.40 |
| Total Due | $ 7,096.40 |

*$4.80 itemized as cost of copying exhibits filed with Clerk.

Due upon receipt

Please send payments by check to:
SCHNADER HARRISON SEGAL & LEWIS LLP
P O BOX 8500-6030
PHILADELPHIA, PA 19178-6030
(Please reference client # and invoice# on check.)

Please send payments by wire transfer to:
WACHOVIA BANK
BROAD AND WALNUT STREETS
PHILADELPHIA, PA 19107
SWIFT CODE: PNBPUS33
ABA#: 031201467 ACCOUNT#: 2000049309139
(Please reference client# and invoice#.)

Federal tax identification number: 23-1383844

Please enclose the remittance copy of this invoice with your payment to ensure proper credit. Questions may be directed to our billing department at 215-751-2514. Note that payments received after the invoice date are not reflected.

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/13/06 | MR | Work on production documents for depositions. | 2.50 |
| 09/19/06 | MR | Prepare documents for deposition. | 0.70 |
| 10/02/06 | JO | Reading Akonji's deposition. | 1.10 |
| 10/05/06 | JO | Edit Motion for Summary Judgment. | 0.20 |
| 10/06/06 | JO | Edit Motion for Summary Judgment; draft Motion for Summary Judgment, Proposed Order and accompanying exhibits. | 3.90 |
| 10/06/06 | BWH | Telephone call to Judge Alan Kay's chambers re scheduling of settlement conference; telephone conference with Brian Chapman; communication with Aaronissa Alleyne re mediation on November 9, 2006; attention to finalizing motion for summary judgment; declaration for Aaronissa Alleyne for same. | 1.30 |
| 10/09/06 | JO | Edit Motion for Summary Judgment; research case law; review plaintiff's deposition. | 7.50 |
| 10/09/06 | BWH | Revisions to summary judgment motion. | 1.00 |
| 10/10/06 | JO | Edit and prepare Motion for Summary Judgment and supporting documentation; final edits to Motion and compilation of exhibits. | 5.00 |
| 10/10/06 | BWH | Revise motion for summary judgment. | 1.80 |
| 10/11/06 | JO | Attention to exhibits and Motion for Summary Judgment. | 0.70 |
| 10/12/06 | JO | Attention to Motion for Summary Judgment and Declaration; final preparation for filing. | 1.30 |
| 10/12/06 | BWH | Mediation with Judge Alan Kay at United States District Court. | 3.50 |
| 10/13/06 | JO | Attention to Nwokorie's deposition; file Motion for Summary Judgment; attention to Motion for Summary Judgment. | 1.90 |

Total Hours 32.40
Total Services $ 7,050.00

| Name | Hours | Rate | Value |
|---|---|---|---|
| Benjamin Hahn | 7.60 | 225.00 | 1,710.00 |
| Joleen Okun | 21.60 | 225.00 | 4,860.00 |
| Michelle Rose | 3.20 | 150.00 | 480.00 |
| | 32.40 | | $ 7,050.00 |

Costs/Charges

Duplicating  36.40

10/12/06 Taxi - Petty Cash - i/c/w court appearance.  10.00
Subtotal Taxi  10.00

Total Costs  $ 46.40

Total Services and Costs  $ 7,096.40