**OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

| | |
|---|---|
| HELENE AKONJI, Plaintiff | ) |
| | ) |
| V. | )  CIVIL ACTION #05-2101 |
| | ) |
| UNITY HEALTH CARE, Defendant | ) |

After review of the Bill of Costs filed May 14, 2007, costs are taxed in the amount of $704.12 and included in the judgment.

NANCY MAYER-WHITTINGTON, Clerk

By: _Jeffrey Blanchard_          _7/27/07_
     Deputy Clerk                    Date

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

# MEMORANDUM

TO: BENJAMIN HAHN
FROM: JEFFREY BLANCHARD
CASE: AKONJI v. UNITY HEATLH CARE, #05-2101
DATE: JULY 26, 2007

The taxing of costs has been completed in the above-referenced case. The full amount was not awarded for the following reasons:

| Category | Amount Requested | Amount Allowed |
| --- | --- | --- |
| Court Reporter Fees | $905.20 | $613.82 |

**Reason: Charges for CD/ascii disk, archiving and shipping and handling are not allowed.**

cc: Opposing counsel